UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.m.sponder@usdoj.gov

In Re:

Kostas Roustas and Stella Roustas,

Debtors.

Case No.: 17-22778
Adv. Pro. No.: 
Chapter: 11
Hearing Date: 2/6/18
Judge: JNP

## ADJOURNMENT REQUEST

1. I, __Jeffrey M. Sponder__,

   ☒ am the attorney for: __the Acting US Trustee__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Convert or Dismiss

   Current hearing date and time: 3/27/18 @ 10am

   New date requested: 4/17/18 @ 10am

   Reason for adjournment request: The Debtors are delinquent with reports and need to provide more information in their monthly operating reports.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 3/26/18                              /s/ Jeffrey M. Sponder
                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted            New hearing date: 4/17/2018 at 10 am          ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2