UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dino S. Mantzas, Esquire
701 Route 73, Suite 1
Marlton, New Jersey  08053
Telephone No. (856) 988-0033
Fax No. (856) 988-9799

In Re:

ROUSTAS, KOSTAS AND STELLA

Case No.: 17-22778
Adv. Pro. No.: 
Chapter: 11
Hearing Date: 4/17/18
Judge: Jerrold Poslusny

## ADJOURNMENT REQUEST

1. I, __Dino S. Mantzas__,

   ☒ am the attorney for: __Debtor__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Trustee's Motion to Dismiss or Convert to Chapter 7

   Current hearing date and time: April 17, 2017- 10:00 am

   New date requested: April 24, 2018

   Reason for adjournment request: The requested return date of the motion is simultaneous with the return date of Debtor's Motion for Private Sale.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: April 17, 2018                    /s/ Dino S. Mantzas
                                        Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: 4/24/2018 at 10 am        ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*