UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dino S. Mantzas, Esquire
701 Route 73, Suite 1
Marlton, New Jersey  08053
Telephone No. (856) 988-0033
Fax No. (856) 988-9799

In Re:

ROUSTAS, KOSTAS AND STELLA

Case No.: 17-22778

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 5/8/18

Judge: Jerrold Poslusny

## ADJOURNMENT REQUEST

1. I, __Dino S. Mantzas__,

   ☒ am the attorney for: __Debtor__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Debtor's Motion to Approve Private Sale

   Current hearing date and time: May 8, 2018 - 10:00 am

   New date requested: May 15, 2018

   Reason for adjournment request: Debtor is awaiting final consent of the 3rd mortgagee, Small Business Administration..

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: May 7, 2018                                        /s/ Dino S. Mantzas
                                                         Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 5/22/18 AT 10 AM            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*