UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dino S. Mantzas, Esquire
701 Route 73, Suite 1
Marlton, New Jersey  08053
Telephone No. (856) 988-0033
Fax No. (856) 988-9799

In Re:

ROUSTAS, KOSTAS AND STELLA

Case No.: 17-22778

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 7/10/18

Judge: Jerrold Poslusny

## ADJOURNMENT REQUEST

1. I, __Dino S. Mantzas__,

   ☒ am the attorney for: __Debtor__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Trustee's Motion to Dismiss or Convert

   Current hearing date and time: July 10, 2018 - 10:00 am

   New date requested: July 31, 2018

   Reason for adjournment request: Debtor has provided all outstanding documents and the Trustee's office would like an opportunity to review those documents.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: July 9, 2018                                                  /s/ Dino S. Mantzas
                                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted           New hearing date: 7/31/18 at 10 am          ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____      ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*