UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SALDUTTI LAW GROUP
William F. Saldutti, III, Esquire – WS5719
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for Creditor THE FIRST NATIONAL
BANK OF ELMER

**Order Filed on August 28, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Kostas Roustas and Stella Roustas,

Debtors.

Case No.:    17-22778-JNP

Chapter:    11

Hrg Date:

Judge:    Hon. Jerrold N. Poslusny, Jr.

| Recommended Local Form: | (X) Followed | ( ) Modified |
|---|---|---|

**ORDER VACATING STAY AS TO REAL PROPERTY**

The relief set forth on the following page is hereby ORDERED.

**DATED: August 28, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: KOSTAS ROUSTAS and STELLA ROUSTAS
Case No. 17-22778-JNP
Caption of Order: Order Vacating Stay as to Real Property

Upon the motion of The First National Bank Of Elmer, by and through counsel, Saldutti Law Group, pursuant to Bankruptcy Code section 362(d)(1) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

It is on this day **ORDERED**:

1.    that the automatic stay is vacated to permit the Movant to pursue the Movant's rights in the collateral described below and proceed to a Sheriff's Sale of the subject real property below;

2.    that the Movant shall serve this order on the debtor(s), any trustee and any other party who entered an appearance on the motion;

3.    that the conversion to any other Chapter of the U.S. Bankruptcy Code shall not affect the relief granted herein.

Description of Subject Property

**1170 Route 73, Block 1306.1, Lot(s) 14, 15 (16-19, 28-32), Township of Mount Laurel, Burlington County, New Jersey**