UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SALDUTTI LAW GROUP
William F. Saldutti, III, Esquire – WS5719
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for Creditor THE FIRST NATIONAL BANK OF ELMER

**Order Filed on August 28, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 17-22778-JNP |
| Kostas Roustas and Stella Roustas, | Chapter: 11 |
| Debtors. | Hrg Date: |
| | Judge: Hon. Jerrold N. Poslusny, Jr. |

| Recommended Local Form: | (X) Followed | ( ) Modified |
|---|---|---|

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following page is hereby ORDERED.

**DATED: August 28, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: KOSTAS ROUSTAS and STELLA ROUSTAS
Case No. 17-22778-JNP
Caption of Order: Order Vacating Stay as to Real Property

Upon the motion of The First National Bank Of Elmer, by and through counsel, Saldutti Law Group, pursuant to Bankruptcy Code section 362(d)(1) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

It is on this day **ORDERED**:

1. that the automatic stay is vacated to permit the Movant to pursue the Movant's rights in the collateral described below and proceed to a Sheriff's Sale of the subject real property below;

2. that the Movant shall serve this order on the debtor(s), any trustee and any other party who entered an appearance on the motion;

3. that the conversion to any other Chapter of the U.S. Bankruptcy Code shall not affect the relief granted herein.

Description of Subject Property

**1170 Route 73, Block 1306.1, Lot(s) 14, 15 (16-19, 28-32), Township of Mount Laurel, Burlington County, New Jersey**

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 17-22778-JNP
Kostas Roustas                                                  Chapter 11
Stella Roustas
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1             Date Rcvd: Aug 28, 2018
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2018.
db/jdb          +Kostas Roustas,    Stella Roustas,    49 Oak Ridge Drive,    Voorhees, NJ 08043-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

```
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2018                                    Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dino S. Mantzas     on behalf of Debtor Kostas   Roustas dino@dmantzaslaw.com
              Dino S. Mantzas     on behalf of Joint Debtor Stella   Roustas dino@dmantzaslaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              John R. Morton, Jr.     on behalf of Creditor    ACAR Leasing Ltd. dba GM Financial Leasing
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald     on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rebecca K. McDowell     on behalf of Creditor    The First National Bank of Elmer
               rmcdowell@slgcollect.com
              Richard M. Berman    on behalf of Creditor    Republic Bank richard.berman@dinsmore.com
              Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William F. Saldutti, III    on behalf of Creditor    The First National Bank of Elmer
               wsaldutti@slgcollect.com,    kcollins@slgcollect.com
                                                                                               TOTAL: 12