# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | | |
|---|---|---|
| Kostas Roustas, Stella Roustas | Case No.: | 17-22778 |
| | Hearing Date: | 10/4/2018 |
| | Chapter: | 11 |
| | Judge: | JNP |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Jerrold N. Poslusny, Jr.__, United States Bankruptcy Judge.

**Reason for Hearing:** Status Conference

**Location of Hearing:** Courtroom No. 4C
US Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

**Date and Time:** October 4, 2018 at 10:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED  ☐ ARE NOT REQUIRED

DATE: 9/6/2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Chris Fowler
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on Sep. 6, 2018 this notice was served on the following: debtor, attorney for debtor, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Chris Fowler
Deputy Clerk

*rev.1/4/17*