**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Kostas Roustas, Stella Roustas

Case No.: 17-22778
Hearing Date: 10/4/2018
Chapter: 11
Judge: JNP

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing:** Status Conference

**Location of Hearing:** Courtroom No. 4C
US Bankruptcy Court
400 Cooper Street
Camden, NJ 08101

**Date and Time:** October 4, 2018 at 10:00 am, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: 9/6/2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Chris Fowler
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on Sep. 6, 20 18 this notice was served on the following: debtor, attorney for debtor, US Trustee

JEANNE A. NAUGHTON, Clerk

By: /s/ Chris Fowler
Deputy Clerk

*rev.1/4/17*

```
                       United States Bankruptcy Court
                            District of New Jersey
```

In re:                                                      Case No. 17-22778-JNP
Kostas Roustas                                              Chapter 11
Stella Roustas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 1            Date Rcvd: Sep 06, 2018
                                Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.
db/jdb         +Kostas Roustas,   Stella Roustas,   49 Oak Ridge Drive,   Voorhees, NJ 08043-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:

              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dino S. Mantzas     on behalf of Debtor Kostas  Roustas dino@dmantzaslaw.com
              Dino S. Mantzas     on behalf of Joint Debtor Stella  Roustas dino@dmantzaslaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing Ltd. dba GM Financial Leasing
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rebecca K. McDowell    on behalf of Creditor    The First National Bank of Elmer
               rmcdowell@slgcollect.com
              Richard M. Berman    on behalf of Creditor    Republic Bank richard.berman@dinsmore.com
              Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William F. Saldutti, III    on behalf of Creditor    The First National Bank of Elmer
               wsaldutti@slgcollect.com,  kcollins@slgcollect.com
                                                                                               TOTAL: 12