UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov

In Re:

Kostas Roustas and Stella Roustas,

                    Debtor.



Order Filed on September 28, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 17-22778

Chapter: 11

Judge: JNP

---

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following page is **ORDERED**.

**DATED: September 28, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____the Acting United States Trustee_____ for the reduction of time for a hearing on _the Motion of the Acting United States Trustee for an Order Converting, or in the_ _Alternative, Dismissing the Case_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____October 4, 2018_____ at _10:00 am_ in the United States Bankruptcy Court, _____400 Cooper Street, Camden, NJ 08101_____, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _Debtor and all parties that have filed a Notice of Appearance_____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:
_____
_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

   ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

   ☒ may be presented orally at the hearing.

8. ☒ Court appearances are required to prosecute the motion/application and any objections.

   ☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

3