UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE
REGION 3
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993
Email: jeffrey.m.sponder@usdoj.gov

Order Filed on September 28, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Kostas Roustas and Stella Roustas,

                 Debtor.

Case No.: 17-22778

Chapter: 11

Judge: JNP

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

The relief set forth on the following page is **ORDERED**.

**DATED: September 28, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of ___the Acting United States Trustee___ for the reduction of time for a hearing on __the Motion of the Acting United States Trustee for an Order Converting, or in the Alternative, Dismissing the Case__ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on ___October 4, 2018___ at __10:00 am__ in the United States Bankruptcy Court, ___400 Cooper Street, Camden, NJ 08101___, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _Debtor and all parties that have filed a Notice of Appearance_

by ☐ each, ☒ any of the following methods selected by the Court:

☒ fax,  ☒ overnight mail,  ☒ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☐ on the same day as the date of this order, or

☒ within __1__ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.   ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                        Case No. 17-22778-JNP
Kostas Roustas                                                Chapter 11
Stella Roustas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Sep 28, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2018.
db/jdb         +Kostas Roustas,   Stella Roustas,   49 Oak Ridge Drive,   Voorhees, NJ 08043-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2018                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 28, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dino S. Mantzas     on behalf of Debtor Kostas   Roustas dino@dmantzaslaw.com
              Dino S. Mantzas     on behalf of Joint Debtor Stella   Roustas dino@dmantzaslaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing Ltd. dba GM Financial Leasing
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rebecca K. McDowell    on behalf of Creditor    The First National Bank of Elmer
               rmcdowell@slgcollect.com
              Richard M. Berman    on behalf of Creditor    Republic Bank richard.berman@dinsmore.com
              Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William F. Saldutti, III    on behalf of Creditor    The First National Bank of Elmer
               wsaldutti@slgcollect.com, cflannery@slgcollect.com
                                                                                              TOTAL: 12