UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dino S. Mantzas, Esquire
701 Route 73, Suite 1
Marlton, New Jersey 08053
Telephone No. (856) 988-0033
Fax No. (856) 988-9799

In Re:

ROUSTAS, KOSTAS AND STELLA

Case No.: 17-22778
Adv. Pro. No.: _____
Chapter: 11
Hearing Date: 11/8/18
Judge: Jerrold Poslusny

**ADJOURNMENT REQUEST**

1. I, __Dino S. Mantzas__,

    ☒ am the attorney for: __Debtor__,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Status Conference and Trustee's Motion to Dismiss

    Current hearing date and time: November 8, 2018 - 10:00 am

    New date requested: December 20, 2018

    Reason for adjournment request: The Debtor has just been diagnosed with Stage 4 Melanoma. Additionally an offer to purchase the commercial property has been tendered

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: November 7, 2018           /s/ Dino S. Mantzas
                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

☒  Granted           New hearing date: 12/20/2018 at 10 am           ☐ Peremptory

☐  Granted over objection(s)   New hearing date: _____           ☐ Peremptory

☐  Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*