UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esquire
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.m.sponder@usdoj.gov

In Re:

Kostas Roustas and Stella Roustas,

Debtors.

Case No.: 17-22778

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 2/21/19

Judge: JNP

**ADJOURNMENT REQUEST**

1. I, _____Jeffrey M. Sponder_____,

   ☒ am the attorney for: _____the Acting US Trustee_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Convert/Dismiss filed by US Trustee

   Current hearing date and time: 2/21/19 @ 10:00 am

   New date requested: 3/7/19 @ 10:00 am

   Reason for adjournment request: Debtors have filed their December monthly report but are still delinquent with their January report. Insurance has been provided.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: 2/19/19 /s/ Jeffrey M. Sponder
Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 3/7/2019 at 10 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*