UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SALDUTTI LAW GROUP
William F. Saldutti, III, Esquire – WS5719
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for Creditor THE FIRST NATIONAL BANK OF ELMER

Order Filed on February 22, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| In Re: | Case No.:   17-22778-JNP |
| Kostas Roustas and Stella Roustas, | Chapter:   11 |
| Debtors. | Judge:   Hon. Jerrold N. Poslusny, Jr. |

**CONSENT ORDER EXTENDING EQUITY OF REDEMPTION**

The relief set forth on the following page is hereby ORDERED.

**DATED: February 22, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: KOSTAS ROUSTAS and STELLA ROUSTAS
Case No. BUR-L-446-17
<u>Caption of Order: Consent Order Extending Equity Of Redemption</u>

  This matter having come before the Court on the Application of the Debtors, Kostas Routas and Stella Roustas, through their counsel, Dino Mantzas, Esquire, to extend the equity of redemption concerning the Sheriff's Sale of the Debtors' real property located at 1170 Route 73, Block 1306.1, Lot(s) 14, 15, 16 through 19, and 28 through 32), Township of Mount Laurel, Burlington County, New Jersey, and The First National Bank of Elmer having appeared through its counsel, Saldutti Law Group, William F. Saldutti, III, Esquire, appearing, and for good cause having been shown and upon the consent of the parties;

  IT IS ON THIS _____ day of February, 2019, ORDERED AND AGREED as follows:

  The Debtors' equity of redemption with regard to the real property referenced above be and is hereby extended until March 29, 2019 upon the following terms and conditions:

  1. The Debtors shall pay to The First National Bank of Elmer the sum of $5,000.00 on or before February 25, 2019.

  2. The Debtors agree that in the event the Debtors fail to redeem the real property referenced above by March 29, 2019, the Sheriff of Burlington County will issue a Sheriff's Deed to The First National Bank of Elmer on April 1, 2019.

  3. The Debtors further agree that during the extended redemption period, they shall not remove, destroy or otherwise relocate any business furniture, equipment or other business assets located within the Sage Diner facility and the Debtors further agree that in the event they are unable to redeem the property by March 29, 2019, they shall also not remove any equipment,

Page 3
Debtor: KOSTAS ROUSTAS and STELLA ROUSTAS
Case No. BUR-L-446-17
<u>Caption of Order: Consent Order Extending Equity Of Redemption</u>

furniture, or other business assets and shall vacate the Sage Diner property on or before April 29, 2019.

    4. The Debtors further agree that The First National Bank of Elmer and its agents shall be permitted to immediately inspect the Sage Diner property on February 22, 2019 or at such other reasonable time as the parties may agree.

    5. The Debtors agree that in the event the Debtors fail to pay to Bank the sum of $5,000.00 by February 25, 2019, the equity of redemption shall not extend beyond the ten (10) day period provided under applicable New Jersey Law.

The undersigned hereby consent to
the form and entry of this Order.

Saldutti Law Group, Attorneys for
The First National Bank of Elmer


    */s/ William F. Saldutti, III*
By:   William F. Saldutti, III, Esquire

Law Offices of Dino S. Mantzas
Attorney for Kostas and Stella Roustas


    */s/ Dino S. Mantzas*
By:  Dino S. Mantzas, Esquire