UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SALDUTTI LAW GROUP
William F. Saldutti, III, Esquire – WS5719
800 Kings Highway North, Suite 300
Cherry Hill, NJ 08034
(856) 779-0300
Counsel for Creditor THE FIRST NATIONAL BANK OF ELMER

Order Filed on February 22, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

Kostas Roustas and Stella Roustas,

                Debtors.

Case No.:    17-22778-JNP

Chapter:    11

Judge:    Hon. Jerrold N. Poslusny, Jr.

## CONSENT ORDER EXTENDING EQUITY OF REDEMPTION

The relief set forth on the following page is hereby ORDERED.

**DATED: February 22, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor: KOSTAS ROUSTAS and STELLA ROUSTAS
Case No. BUR-L-446-17
<u>Caption of Order: Consent Order Extending Equity Of Redemption</u>

This matter having come before the Court on the Application of the Debtors, Kostas Routas and Stella Roustas, through their counsel, Dino Mantzas, Esquire, to extend the equity of redemption concerning the Sheriff's Sale of the Debtors' real property located at 1170 Route 73, Block 1306.1, Lot(s) 14, 15, 16 through 19, and 28 through 32), Township of Mount Laurel, Burlington County, New Jersey, and The First National Bank of Elmer having appeared through its counsel, Saldutti Law Group, William F. Saldutti, III, Esquire, appearing, and for good cause having been shown and upon the consent of the parties;

IT IS ON THIS _____ day of February, 2019, ORDERED AND AGREED as follows:

The Debtors' equity of redemption with regard to the real property referenced above be and is hereby extended until March 29, 2019 upon the following terms and conditions:

1. The Debtors shall pay to The First National Bank of Elmer the sum of $5,000.00 on or before February 25, 2019.

2. The Debtors agree that in the event the Debtors fail to redeem the real property referenced above by March 29, 2019, the Sheriff of Burlington County will issue a Sheriff's Deed to The First National Bank of Elmer on April 1, 2019.

3. The Debtors further agree that during the extended redemption period, they shall not remove, destroy or otherwise relocate any business furniture, equipment or other business assets located within the Sage Diner facility and the Debtors further agree that in the event they are unable to redeem the property by March 29, 2019, they shall also not remove any equipment,

Page 3
Debtor: KOSTAS ROUSTAS and STELLA ROUSTAS
Case No. BUR-L-446-17
Caption of Order: Consent Order Extending Equity Of Redemption

furniture, or other business assets and shall vacate the Sage Diner property on or before April 29, 2019.

    4. The Debtors further agree that The First National Bank of Elmer and its agents shall be permitted to immediately inspect the Sage Diner property on February 22, 2019 or at such other reasonable time as the parties may agree.

    5. The Debtors agree that in the event the Debtors fail to pay to Bank the sum of $5,000.00 by February 25, 2019, the equity of redemption shall not extend beyond the ten (10) day period provided under applicable New Jersey Law.

The undersigned hereby consent to
the form and entry of this Order.

Saldutti Law Group, Attorneys for
The First National Bank of Elmer


    */s/ William F. Saldutti, III*
By:   William F. Saldutti, III, Esquire

Law Offices of Dino S. Mantzas
Attorney for Kostas and Stella Roustas


    */s/ Dino S. Mantzas*
By:  Dino S. Mantzas, Esquire

United States Bankruptcy Court
District of New Jersey

In re:  
Kostas Roustas  
Stella Roustas  
    Debtors

Case No. 17-22778-JNP  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Feb 22, 2019  
                       Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2019.  
db/jdb          +Kostas Roustas,    Stella Roustas,    49 Oak Ridge Drive,    Voorhees, NJ 08043-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2019 at the address(es) listed below:

         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Dino S. Mantzas    on behalf of Debtor Kostas   Roustas dino@dmantzaslaw.com  
         Dino S. Mantzas    on behalf of Joint Debtor Stella   Roustas dino@dmantzaslaw.com  
         Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov  
         John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing Ltd. dba GM Financial Leasing ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com  
         Leonard T. Schwartz    on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com  
         Leonard T. Schwartz    on behalf of Unknown Role Type    Karistos, Inc LenS@ssnjlaw.com  
         Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
         Rebecca K. McDowell    on behalf of Creditor    The First National Bank of Elmer rmcdowell@slgcollect.com  
         Richard M. Berman    on behalf of Creditor    Republic Bank richard.berman@dinsmore.com  
         Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com, sheyla.ibazeta@wilsonelser.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
         William F. Saldutti, III    on behalf of Creditor    The First National Bank of Elmer wsaldutti@slgcollect.com, cflannery@slgcollect.com  
                                                                                                              TOTAL: 14