---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**DINO S. MANTZAS**
DM6590
701 ROUTE 73 N., SUITE 1
MARLTON, NEW JERSEY 08053
(856) 988-0033

---

In Re:

**KOSTAS ROUSTAS and STELLA ROUSTAS**

Case No. 17-22778

Judge: Jerrold N. Poslusny, Jr.

Chapter: 11

## STATEMENT AS TO WHY NO BRIEF IS NECESSARY

The within Motion requests court approval of Debtor's Motion to Sell Debtor's Real Property Free and Clear of All Liens pursuant to 11 U.S.C. § 363. As the facts the movant relies upon, as set forth on the accompanying certification, and the basis for an Order do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

DATED: February 26, 2019            s/s Dino S. Mantzas
                                    **DINO S. MANTZAS**
                                    **Attorney for Debtors**