

U.S. SMALL BUSINESS ADMINISTRATION
COMMERCIAL LOAN SERVICING CENTER
2120 RIVERFRONT DRIVE, SUITE 100
LITTLE ROCK, AR  72202-1794
(501) 324-5871
FAX (202) 741-6930

March 21, 2019

John Hogan
Vice President
Empire State Certified Development Corp.
534 Broadhollow Road, Suite 430
Melville, NY 11747

RE: KLB JGersey
    SBA Loan 5792065510

Dear Mr. Hogan:

SBA has no objection to the sale of the collateral property at 1170 Route 73, Mount Laurel, NJ through the bankruptcy court and agrees to release its third lien on the subject collateral property to allow the sale to proceed.

If you have any questions or need further assistance, please call at above number, x 298.

Sincerely,

Steve Clark
Loan Specialist