

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**DINO S. MANTZAS**
DM6590
701 ROUTE 73 N., SUITE 1
MARLTON,  NEW JERSEY  08053
(856) 988-0033

**Order Filed on March 25, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

**KOSTAS ROUSTAS and STELLA ROUSTAS**

Case No.  17-22778

Judge:  Jerrold N. Poslusny, Jr.

Chapter:        11

Hearing Date: March 5, 2019

**ORDER AUTHORIZING AND APPROVING THE SALE OF REAL PROPERTY,
FREE AND CLEAR OF ALL LIENS AND CLAIMS, WITH LIENS TO ATTACH TO
PROCEEDS,  PURSUANT TO 11U.S.C. §§363(b),(f) APPROVING BIDDING
PROCEDURES, APPROVING PROPOSED SETTLEMENT AND FOR RELATED
RELIEF**

The relief set forth on the following pages, numbered two (2) through five (5) is hereby

ORDERED.

**DATED: March 25, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Whereas, this matter has come before the Court upon a Motion to Sell, pursuant to 11 U.S.C §363, free and clear of liens, with liens to attach to proceeds, the real property known as 1170 Route 73, Mount Laurel, New Jersey, Block 1306.01, Lots 15, 16-19 and 28-32 and 1148 Route 73, Mount Laurel, New Jersey Block 1306.01, Lots 14, hereinafter referred to as "Property"; and

Whereas on the 8th day of January, 2019 the Debtors and Karistos Corp. entered into an Agreement of Sale whereby Debtors agreed to sell the Property to Karistos Corp., or its nominee, for the sum of $2,000,000.00; and

Whereas on February 4, 2019 Debtors filed a Motion to Sell Real Property pursuant to 11 U.S.C §363, free and clear of liens and claims, with liens to attach to the proceeds; and

Whereas on February 21, 2019 a Sheriff's Sale of the Property was conducted by the Burlington County Sheriff's Office, at which time the successful bidder was Jay Several for the sum of $1,2650,000.00; and

Whereas, prior to the sale of the Property, counsel for the First National Bank of Elmer and for the Debtors, negotiated a stipulation that the Debtors' right of redemption would be extended to March 29, 2019, and that a Consent Order Extending the Equity of Redemption was executed by the Honorable Jerrold N. Poslusny, Jr. on February 22, 2019; and

Whereas March 21, 2019 the Court held a hearing on the Motion at which time sworn testimony was given and the argument of the attorneys presented; and

Whereas an issue arose as to whether title to the property could be transferred directly by the Debtors during the redemption period and before the actual redemption; and

Whereas it appears that if title cannot be transferred by the Debtors directly to the Buyer, the right of redemption can be assigned; and

Whereas the Court having considered the testimony, papers filed, the representations and

argument of counsel, the objections filed by Office of the United States Trustee and Jay Several, by

and through his counsel, Ron L. Woodman, Esquire of the law firm Friedman Schuman, P.C., and

for the reasons set forth on the record at the hearing conducted on March 21, 2019, and for good

cause shown,

      **IT IS HEREBY ORDERED AS FOLLOWS:**

      1.      The Court finds that Republic Bank and the U.S. Small Business Administration have

filed with the Court their consent to the transaction and that the requirements of 11 U.S.C. §363(f)

have been satisfied.

      2.      The Court finds that the consideration provided by the Buyer for the Property is fair

and reasonable, that the sale was negotiated, proposed and entered into by the Debtors without

collusion, in good faith, and from an arm's length bargaining position "within the meaning of

§363(m) of the Bankruptcy Code and In re Abbott's Dairies of Pennsylvania, Inc., 788 F.2d 142 (3d

Cir. 1986) and that the Buyer has the financial means to complete this transaction.

      3.      The Court further finds that notice of the proposed sale satisfies the requirements of

procedural due process and Fed. R. Bankr. P. 2002(a)(2).

      4.      Pursuant to 11 U.S.C. §363(f), the Property shall be transferred to the Buyer free and

clear of liens and encumbrances, and the Buyer shall have no liability for any mortgages, security

interest, liens, claims, or encumbrances presently existing and affecting the Property (collectively,

the "liens and claims").

      5.      Pursuant to 11 U.S.C. 363(b),  Kostas Roustas and Stella Roustas (the "Debtors") are

authorized to sell to **Giannakaris Enterprises LLC,** a permitted assignee of **Karistos Corp.** , the

property of **Kostas Roustas and Stella Roustas** consisting of the real property known as 1170 Route

73, Mount Laurel, New Jersey, Block 1306.01, Lots 15, 16-19 and 28-32 and 1148 Route 73, Mount

Laurel, New Jersey Block 1306.01, Lots 14, (collectively referred to as the "Property") free and clear

of liens and encumbrances pursuant to 11 U.S.C. § 363 pursuant to the Contract annexed to the

Motion seeking approval of the proposed sale as Exhibit A and the procedures set forth herein, with

this Order determinative in case of discrepancy.

6.      To the extent the Debtors do not have the right to sell the Property, this Order

specifically provides that Debtors are further authorized to assign all redemption rights which they

have to the Property to Giannakaris Enterprises LLC .

7.      The transfer of the Property and/or the assignment of the redemption rights to the

Property, to the Buyer, pursuant to this Order constitutes a legal, valid, and effective transfer of the

property or right of redemption, and shall vest the Buyers with all right, title, and interest of the

Seller in and to the Property, free and clear of all liens and encumbrances. The sale is made "as is"

and "where is" and no representations or warranties are made as to the title, condition, or fitness for

the purpose for which it is intended.

8.      The sale of the Real Property is exempt from the New Jersey Realty Transfer Tax

pursuant to N.J.S.A. 46:15-10.

9.      The Debtors are authorized to execute all necessary documentation and take all

appropriate action to consummate the sale in order to comply with this Order and the terms of the

Agreement with **Giannakaris Enterprises LLC** under the Agreement of Sale.

10.      The Debtors shall provide a preliminary Settlement Statement (HUD #1) to the

United States Trustee's Office for review and approval.

11.      The Debtors are authorized to pay from the proceeds of sale the funds necessary to

satisfy the Estate's share of all necessary and customary closing costs with respect to the sale except

any payments to real estate agents or brokers will not be considered as a necessary and customary closing cost .

12.    The Debtors are authorized and shall pay the following liens and claims at closing:

a.    All outstanding real estate taxes, water and sewer bills due and owing to the Township of Mount Laurel, New Jersey.

b.    Tax Sale Certificate held by US Bank Customer for PC 4 & Creditors.

c.    Tax Sale Certificate held by  MTAG Customer FIG CAP INV NJ13.

d.     The mortgage held The First National Bank of Elmer.

e.    The balance shall be paid towards the mortgage held by Republic Bank.

13.     In the event the approved sale is not consummated by 4 pm, March 29, 2019, Jay Several, or his assignee, shall be permitted to complete his purchase of the Property by paying the Burlington County Sheriff the balance of the bid on or before the close of business on April 1, 2019. A copy of the this Order provided to the Burlington County Sheriff shall serve as sufficient authorization to extend the deadline by which Jay Several or his nominee must pay the balance of the bid until the close of business on April 1, 2019.  In the event the Debtors successfully exercise their right of redemption, the Burlington County Sheriff shall promptly refund to Mr. Several any funds deposited by Mr. Several for the purchase of the Property.

14.    The Debtors shall immediately notify Jay Several upon the completion of the settlement on the approved sale by the Debtors to Buyers (or the Debtors' assignment of the redemption rights to Buyers).

15.    The United States Bankruptcy Court for the District of New Jersey shall continue to have jurisdiction to hear and resolve any and all disputes arising under the sale and the consummation thereof.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-22778-JNP
Kostas Roustas                                                            Chapter 11
Stella Roustas
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Mar 25, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2019.
db/jdb          +Kostas Roustas,   Stella Roustas,   49 Oak Ridge Drive,   Voorhees, NJ 08043-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2019                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2019 at the address(es) listed below:
          Brian E Caine    on behalf of Creditor    Township of Mount Laurel bcaine@parkermccay.com,
           BKcourtnotices@parkermccay.com
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Dino S. Mantzas    on behalf of Joint Debtor Stella  Roustas dino@dmantzaslaw.com
          Dino S. Mantzas    on behalf of Debtor Kostas  Roustas dino@dmantzaslaw.com
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
           jeffrey.m.sponder@usdoj.gov
          John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing Ltd. dba GM Financial Leasing
           ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
           bkgroup@kmllawgroup.com
          Leonard T. Schwartz    on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com
          Leonard T. Schwartz    on behalf of Unknown Role Type    Karistos, Inc LenS@ssnjlaw.com
          Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com,
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
          Rebecca K. McDowell    on behalf of Creditor    The First National Bank of Elmer
           rmcdowell@slgcollect.com
          Richard M. Berman    on behalf of Creditor    Republic Bank richard.berman@dinsmore.com
          Ron L. Woodman    on behalf of Interested Party Jay  Several rwoodman@fsalaw.com,
           mprimavera@fsalaw.com
          Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com,
           sheyla.ibazeta@wilsonelser.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William F. Saldutti, III    on behalf of Creditor    The First National Bank of Elmer
           wsaldutti@slgcollect.com,  cflannery@slgcollect.com
                                                                                    TOTAL: 16