UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.m.sponder@usdoj.gov

Order Filed on January 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kostas Roustas and Stella Roustas,

Debtors.

Case No.: 17-22778 (JNP)

Chapter 11

Hearing Date: September 3, 2019 @ 10:00 a.m.

Judge: Jerrold N. Poslusny Jr.

## ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) is hereby

**ORDERED**.

**DATED: January 2, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Kostas Roustas and Stella Roustas

Chapter 11 Case No.: 17-22778 (JNP)

**Order Converting Case to Chapter 7**

---

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the debtors and their counsel, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned case, Kostas Roustas and Stella Roustas, Case No. 17-22778 (JNP), is converted to a case under Chapter 7.