UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
Jeffrey M. Sponder, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Email: jeffrey.m.sponder@usdoj.gov

Order Filed on January 2, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kostas Roustas and Stella Roustas,

Debtors.

Case No.: 17-22778 (JNP)

Chapter 11

Hearing Date: September 3, 2019 @ 10:00 a.m.

Judge: Jerrold N. Poslusny Jr.

# ORDER CONVERTING CASE TO CHAPTER 7

The relief set forth on the following page(s), numbered two (2) is hereby

**ORDERED**.

**DATED: January 2, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

Kostas Roustas and Stella Roustas

Chapter 11 Case No.: 17-22778 (JNP)

**Order Converting Case to Chapter 7**

___

Upon consideration of the motion of the Acting United States Trustee, by and through counsel, under 11 U.S.C. § 1112(b), for an Order Converting Case to Chapter 7, or, in the alternative, an Order Dismissing Case, and notice of the motion having been given to the debtors and their counsel, and the Court having found cause for the entry of the within order, and the Court having further found that the entry of the within order is in the best interests of creditors and the bankruptcy estate, it is hereby:

**ORDERED** that the above-captioned case, Kostas Roustas and Stella Roustas, Case No. 17-22778 (JNP), is converted to a case under Chapter 7.

United States Bankruptcy Court
District of New Jersey

In re:  
Kostas Roustas  
Stella Roustas  
    Debtors

Case No. 17-22778-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1             Date Rcvd: Jan 02, 2020
                      Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2020.
db/jdb          +Kostas Roustas,    Stella Roustas,    49 Oak Ridge Drive,    Voorhees, NJ 08043-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2020 at the address(es) listed below:
         Brian E Caine    on behalf of Creditor   Township of Mount Laurel bcaine@parkermccay.com,
          BKcourtnotices@parkermccay.com
         Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Dino S. Mantzas    on behalf of Joint Debtor Stella  Roustas dino@dmantzaslaw.com
         Dino S. Mantzas    on behalf of Debtor Kostas  Roustas dino@dmantzaslaw.com
         Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
          jeffrey.m.sponder@usdoj.gov
         John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing Ltd. dba GM Financial Leasing
          ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
          bkgroup@kmllawgroup.com
         Leonard T. Schwartz    on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com
         Leonard T. Schwartz    on behalf of Unknown Role Type    Karistos, Inc LenS@ssnjlaw.com
         Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com,
          gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
         Rebecca K. McDowell    on behalf of Creditor    The First National Bank of Elmer
          rmcdowell@slgcollect.com
         Richard M. Berman    on behalf of Creditor    Republic Bank richard.berman@dinsmore.com,
          pmmu@stevenslee.com
         Ron L. Woodman    on behalf of Interested Party Jay  Several rwoodman@fsalaw.com,
          mprimavera@fsalaw.com
         Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com,
          sheyla.ibazeta@wilsonelser.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William F. Saldutti, III    on behalf of Creditor    The First National Bank of Elmer
          wsaldutti@slgcollect.com,    cflannery@slgcollect.com
                                                                                TOTAL: 16