UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Kostas & Stella Roustas

Case No.: _____17-22778/JNP_____

Chapter: _____7_____

Judge: _____JNP_____

---

### NOTICE OF PROPOSED ABANDONMENT

_____JOSEPH D. MARCHAND_____, _____TRUSTEE_____ in this case proposes to abandon property of the estate described below as being of inconsequential value.  If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk of the United States Bankruptcy Court<br>U.S. Post Office & Court House<br>PO Box 2067, 401 Market Street<br>Camden, NJ 08101-2067 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____Jerrold N. Poslusny, Jr._____ on _____February 11, 2020_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___4C___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | City of New York Taxi Medallion #4F58*<br>FMV - $250,000.00<br>*Stay was Vacated while the Debtor was in Chapter 11 by<br>Court Order dated 12/5/2017 |
|---|---|

| Liens on property: | Melrose Credit Union - $670,756.87 |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name: _____/s/ Joseph D. Marchand, Chapter 7 Trustee_____

Address: _____117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302_____

Telephone No.: _____(856) 451-7600_____

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

```
In re:                                                    Case No. 17-22778-JNP
Kostas Roustas                                            Chapter 7
Stella Roustas
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin            Page 1 of 2         Date Rcvd: Jan 13, 2020
                              Form ID: pdf905        Total Noticed: 44
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2020.

```
db/jdb      +Kostas Roustas,   Stella Roustas,   49 Oak Ridge Drive,   Voorhees, NJ 08043-1537
aty         +Leonard Teddy Schwartz,   Slotnick & Schwartz,   1350 N. Black Horse Pike,   Suite 2,
             Williamstown, NJ 08094-9129
cr           ACAR Leasing Ltd. dba GM Financial Leasing,   400 Embarcadero Dr.,   Arlington, TX  76014
acc         +Markovitz, Starkman & Company, LLC.,   457 Haddonfield Road,   Cherry Hill, NJ 08002-2220
cr          +The First National Bank of Elmer,   Saldutti Law Group,   c/o Rebecca K. McDowell,
             800 N. Kings Hwy,   Ste 300,   Cherry Hill Township, NJ 08034-1511
516897478   +2602 Route 130 LLC,   2602 Route 130,   Cinnaminson, NJ 08077-3017
516946636   +ACAR Leasing Ltd,   d/b/a GM Financial Leasing,   PO Box 183853,   Arlington, TX 76096-3853
516897480   +Chase Sapphire,   PO Box 15298,   Wilmington, DE 19850-5298
516897483   +Checker Management,   22-10 Jackson Avenue,   New York, NY 10002-6679
516897484   +Christopher D. Palmieri,,   Esquire,   300 Garden City Plaza,   Garden City, NY 11530-3302
516897486   +First National Bank of Elmer,   PO Box 980,   Elmer, NJ 08318-0980
518103638   +Jay Several,   c/o Ron L. Woodman, Esquire,   Friedman Schuman, P.C.,
             101 Greenwood Avenue, Fifth Floor,   Jenkintown, PA 19046-2627
516897487   +KLB Jersey LLC,   2602 Route 130,   Cinnaminson, NJ 08077-3017
516897481   +KLB Sage Diner, Inc.,   1170 Route 73,   Mount Laurel, NJ 08054-5112
516897491   +Melrose Credit Union,   139-30 Queens Boulevard,   Briarwood, NY 11435-2926
516897492   +Republic Bank,   Two Liberty Place,   50 S. 16th Street, Suite 2400,
             Philadelphia, PA 19102-2526
518267308   +Republic Bank,   Steven & Lee,   1818 Market St., 29th Floor,   Philadelphia, PA 19103-3652
517089871   +Republic First Bank,   Dinsmore & Shohl, LLP,   1800 JFK Blvd. Suite 1000,
             Philadelphia PA 19103-7422
516897493   +Richard M. Berman, Esquire,   Dinsmore & Shohl, LLP,   1800 JFk Boulevard, Suite 1000,
             Philadelphia, PA 19103-7422
516897494   +Rose Commercial Real Estate,   12000 Lincoln Dr W Ste 111,   Marlton, NJ 08053-3401
516897495   +S&P Development Corp.,   111 Presidential Boulevard,   Suite 209,   Bala Cynwyd, PA 19004-1013
517603902   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,   Department of Treasury,
             Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
516897496   +Saldutti Law Group,   800 N. Kings Highway, Suite,   300,   Cherry Hill, NJ 08034-1511
516897498   +TD Bank,   1701 Marlton Pike E.,   Marlton, NJ 08053
517038636   +TD Bank NA,   Richard J Tracy III Esq,   30 Montgomery Street Suite 1205,
             Jersey City NJ 07302-3835
517028172   +TD Bank, N.A.,   Payment Processing,   PO Box 16029,   Lewiston, ME 04243-9507
516897490   ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Lexus Financial Services,   PO Box 8026,   Cedar Rapids, IA 52409)
516914187   +The First National Bank of Elmer,   Saldutti Law Group,   800 N. Kings Highway, Suite 300,
             Cherry Hill, NJ 08034-1511
516897482   +Township of Mount Laurel,   100 Mount Laurel Road,   Mount Laurel, NJ 08054-1507
518145061   +Township of Mount Laurel,   Parker McCay PA,   9000 Midlantic Drive, Suite 300,   PO Box 5054,
             Mount Laurel, NJ 08054-5054
516983869   +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
             Addison, Texas 75001-9013
516988979   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517001053   +++US Bank Cust for PC 4 & CRDTRS,   Gary C. Zeitz, LLC,   1101 Laurel Oak Road, Suite 170,
             Voorhees NJ 08043-4381
516897500   +US Small Business Adm.,   Commercial Loan Servicing,   2120 Riverfront Dr, Ste 100,
             Little Rock, AR 72202-1794
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2020 23:54:05    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2020 23:54:02    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
none        +E-mail/Text: lens@ssnjlaw.com Jan 13 2020 23:53:08    Karistos, Inc,   c/o Slotnick & Schwartz,
             1350 N. Black Horse Pike,   Suite 2,   Williamstown, NJ 08094-9129
516996833    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 14 2020 00:01:27
             Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
516952646    E-mail/Text: cio.bncmail@irs.gov Jan 13 2020 23:53:22    Department of Treasury,
             Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
516897485   +E-mail/Text: mrdiscen@discover.com Jan 13 2020 23:53:06    Discover,   PO Box 30421,
             Salt Lake City, UT 84130-0421
516928267    E-mail/Text: mrdiscen@discover.com Jan 13 2020 23:53:06    Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
517156299   +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 14 2020 00:00:44    Sierra Auto Finance LLC,
             P.O. Box 165028,   Irving TX 75016-5028
516897497    E-mail/Text: bankruptcy@td.com Jan 13 2020 23:54:08    TD Bank,   1701 Marlton Pike E.,
             Cherry Hill, NJ 08034
517138927    E-mail/Text: bankruptcy@td.com Jan 13 2020 23:54:08    TD Bank, N.A.,
             c/o Schiller Knapp Lefkowitz & Hertzel L,   70 Gray Road,   Falmouth, ME 04105
                                                                                      TOTAL: 10
```

```
District/off: 0312-1              User: admin              Page 2 of 2              Date Rcvd: Jan 13, 2020
                                 Form ID: pdf905           Total Noticed: 44
```

```
               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517140520      MTAG Custodian for FIG Capital Investments NJ13,LL,    PO Box 54472, New Orleans , Louisiana 70
intp*         +Jay Several,    c/o Ron L. Woodman, Esquire,    Friedman Schuman, P.C.,
               101 Greenwood Avenue, Fifth Floor,    Jenkintown, PA 19046-2627
cr*           +Republic Bank,    Two Liberty Place,    50 S. 16th Street,    Suite 2400,
               Philadelphia, PA 19102-2526
516897479*    +2602 Route 130, LLC,    2602 Route 130,    Cinnaminson, NJ 08077-3017
516897488*    +KLB Jersey, LLC,    2602 Route 130,    Cinnaminson, NJ 08077-3017
516897489*    +KLB Sage Diner, Inc.,    1170 Route 73,    Mount Laurel, NJ 08054-5112
517156275*    +Melrose Credit Union,    139-30 Queens Boulevard,    Briarwood, NY 11435-2926
516897499*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO Box 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 8026,    Cedar Rapids, IA 52409)
                                                                          TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2020                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
              Brian E Caine   on behalf of Creditor   Township of Mount Laurel bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon   on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dino S. Mantzas   on behalf of Joint Debtor Stella  Roustas dino@dmantzaslaw.com
              Dino S. Mantzas   on behalf of Debtor Kostas  Roustas dino@dmantzaslaw.com
              Jeffrey M. Sponder   on behalf of U.S. Trustee   U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              John R. Morton, Jr.   on behalf of Creditor   ACAR Leasing Ltd. dba GM Financial Leasing
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Joseph Marchand   jdmarchand@comcast.net,  jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Leonard T. Schwartz   on behalf of Unknown Role Type   Karistos, Inc LenS@ssnjlaw.com
              Leonard T. Schwartz   on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com
              Linda S. Fossi   on behalf of Creditor   US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rebecca K. McDowell   on behalf of Creditor   The First National Bank of Elmer
               rmcdowell@slgcollect.com
              Richard M. Berman   on behalf of Creditor   Republic Bank richard.berman@dinsmore.com,
               pmmu@stevenslee.com
              Ron L. Woodman   on behalf of Interested Party Jay  Several rwoodman@fsalaw.com,
               mprimavera@fsalaw.com
              Timothy R. Wheeler   on behalf of Creditor   Melrose Credit Union timothy.wheeler@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
              William F. Saldutti, III   on behalf of Creditor   The First National Bank of Elmer
               wsaldutti@slgcollect.com,  cflannery@slgcollect.com
                                                                          TOTAL: 18
```