**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
401 Market Street
Camden, NJ 08102
Telephone number: 856−361−2300

Honorable Jerrold N. Poslusny Jr., U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−22778−JNP | **DATE FILED::** 6/22/17 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):**<br>Kostas Roustas<br>aka Gus Roustas<br>xxx−xx−6930<br><br>Stella Roustas<br>xxx−xx−7178 | **ADDRESS OF DEBTOR(S):**<br><br>49 Oak Ridge Drive<br>Voorhees, NJ 08043<br><br><br><br>49 Oak Ridge Drive<br>Voorhees, NJ 08043 |
| DEBTOR'S ATTORNEY:<br>Dino S. Mantzas<br>Law Office of Dino S. Mantzas<br>701 Route 73 North<br>Suite 1<br>Marlton, NJ 08053<br><br>(856) 988−0033<br><br>Dino S. Mantzas<br>Law Office of Dino S. Mantzas<br>701 Route 73 North<br>Suite 1<br>Marlton, NJ 08053<br><br>(856) 988−0033 | TRUSTEE:<br>Joseph Marchand<br>117−119 West Broad St.<br>PO Box 298<br>Bridgeton, NJ 08302<br>(856) 451−7600 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

6/2/20

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: March 5, 2020                                                           FOR THE COURT

Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-22778-JNP
Kostas Roustas                                                          Chapter 7
Stella Roustas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3           Date Rcvd: Mar 05, 2020
                              Form ID: noa             Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
```
db/jdb      +Kostas Roustas,    Stella Roustas,    49 Oak Ridge Drive,    Voorhees, NJ 08043-1537
aty         +Leonard Teddy Schwartz,    Slotnick & Schwartz,    1350 N. Black Horse Pike,    Suite 2,
              Williamstown, NJ 08094-9129
cr           ACAR Leasing Ltd. dba GM Financial Leasing,    400 Embarcadero Dr.,    Arlington, TX  76014
acc         +Markovitz, Starkman & Company, LLC.,    457 Haddonfield Road,    Cherry Hill, NJ 08002-2220
cr          +The First National Bank of Elmer,    Saldutti Law Group,    c/o Rebecca K. McDowell,
              800 N. Kings Hwy,    Ste 300,    Cherry Hill Township, NJ 08034-1511
516897478   +2602 Route 130 LLC,    2602 Route 130,    Cinnaminson, NJ 08077-3017
516946636   +ACAR Leasing Ltd,    d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
516897483   +Checker Management,    22-10 Jackson Avenue,    New York, NY 10002-6679
516897484   +Christopher D. Palmieri,,    Esquire,    300 Garden City Plaza,    Garden City, NY 11530-3302
516897486   +First National Bank of Elmer,    PO Box 980,    Elmer, NJ 08318-0980
518103638   +Jay Several,    c/o Ron L. Woodman, Esquire,    Friedman Schuman, P.C.,
              101 Greenwood Avenue, Fifth Floor,    Jenkintown, PA 19046-2627
516897487   +KLB Jersey LLC,    2602 Route 130,    Cinnaminson, NJ 08077-3017
516897481   +KLB Sage Diner, Inc.,    1170 Route 73,    Mount Laurel, NJ 08054-5112
516897491   +Melrose Credit Union,    139-30 Queens Boulevard,    Briarwood, NY 11435-2926
516897492   +Republic Bank,    Two Liberty Place,    50 S. 16th Street, Suite 2400,
              Philadelphia, PA 19102-2526
518267308   +Republic Bank,    Steven & Lee,    1818 Market St., 29th Floor,    Philadelphia, PA 19103-3652
517089871   +Republic First Bank,    Dinsmore & Shohl, LLP,    1800 JFK Blvd. Suite 1000,
              Philadelphia PA 19103-7422
516897493   +Richard M. Berman, Esquire,    Dinsmore & Shohl, LLP,    1800 JFk Boulevard, Suite 1000,
              Philadelphia, PA 19103-7422
516897494   +Rose Commercial Real Estate,    12000 Lincoln Dr W Ste 111,    Marlton, NJ 08053-3401
516897495   +S&P Development Corp.,    111 Presidential Boulevard,    Suite 209,    Bala Cynwyd, PA 19004-1013
517603902  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,    Department of Treasury,
              Division of Taxation,    PO BOX 245,    Trenton NJ 08695-0245)
516897496   +Saldutti Law Group,    800 N. Kings Highway, Suite,    300,    Cherry Hill, NJ 08034-1511
516897498   +TD Bank,    1701 Marlton Pike E.,    Marlton, NJ 08053
517038636   +TD Bank NA,    Richard J Tracy III Esq,    30 Montgomery Street Suite 1205,
              Jersey City NJ 07302-3835
517028172   +TD Bank, N.A.,    Payment Processing,    PO Box 16029,    Lewiston, ME 04243-9507
516914187   +The First National Bank of Elmer,    Saldutti Law Group,    800 N. Kings Highway, Suite 300,
              Cherry Hill, NJ 08034-1511
516897482   +Township of Mount Laurel,    100 Mount Laurel Road,    Mount Laurel, NJ 08054-1507
518145061   +Township of Mount Laurel,    Parker McCay PA,    9000 Midlantic Drive, Suite 300,    PO Box 5054,
              Mount Laurel, NJ 08054-5054
516983869   +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
              Addison, Texas 75001-9013
516988979   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517001053  +++US Bank Cust for PC 4 & CRDTRS,    Gary C. Zeitz, LLC,    1101 Laurel Oak Road, Suite 170,
              Voorhees NJ 08043-4381
516897500   +US Small Business Adm.,    Commercial Loan Servicing,    2120 Riverfront Dr, Ste 100,
              Little Rock, AR 72202-1794

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr          +EDI: QJDMARCHAND.COM Mar 06 2020 05:43:00     Joseph Marchand,    117-119 West Broad St.,
              PO Box 298,    Bridgeton, NJ 08302-0228
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 06 2020 01:45:33      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 06 2020 01:45:29      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
none         E-mail/Text: lens@ssnjlaw.com Mar 06 2020 01:44:18      Karistos, Inc,    c/o Slotnick & Schwartz,
              1350 N. Black Horse Pike,    Suite 2,    Williamstown, NJ 08094-9129
516996833    EDI: CAPITALONE.COM Mar 06 2020 05:43:00      Capital One Bank (USA), N.A.,    PO Box 71083,
              Charlotte, NC  28272-1083
516952646   +EDI: IRS.COM Mar 06 2020 05:43:00     Department of Treasury,    Internal Revenue Service,
              P O Box 7346,    Philadelphia, PA 19101-7346
516897485   +EDI: DISCOVER.COM Mar 06 2020 05:43:00     Discover,    PO Box 30421,
              Salt Lake City, UT 84130-0421
516928267    EDI: DISCOVER.COM Mar 06 2020 05:43:00      Discover Bank,    Discover Products Inc,
              PO Box 3025,    New Albany, OH  43054-3025
516897480    EDI: JPMORGANCHASE Mar 06 2020 05:43:00      Chase Sapphire,    PO Box 15298,
              Wilmington, DE 19650
517156299   +EDI: AISACG.COM Mar 06 2020 05:43:00     Sierra Auto Finance LLC,    P.O. Box 165028,
              Irving TX 75016-5028
516897497    EDI: TDBANKNORTH.COM Mar 06 2020 05:43:00      TD Bank,    1701 Marlton Pike E.,
              Cherry Hill, NJ 08034
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: Mar 05, 2020
                              Form ID: noa             Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517138927        EDI: TDBANKNORTH.COM Mar 06 2020 05:43:00      TD Bank, N.A.,
                 c/o Schiller Knapp Lefkowitz & Hertzel L,    70 Gray Road,    Falmouth, ME 04105
516897490        EDI: TFSR.COM Mar 06 2020 05:43:00      Lexus Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52409
516897499        EDI: TFSR.COM Mar 06 2020 05:43:00      Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52409
                                                                                               TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517140520        MTAG Custodian for FIG Capital Investments NJ13,LL,    PO Box 54472, New Orleans , Louisiana 70
tr*             +Joseph Marchand,    117-119 West Broad St.,    PO Box 298,    Bridgeton, NJ 08302-0228
intp*           +Jay Several,    c/o Ron L. Woodman, Esquire,    Friedman Schuman, P.C.,
                 101 Greenwood Avenue, Fifth Floor,    Jenkintown, PA 19046-2627
cr*             +Republic Bank,    Two Liberty Place,    50 S. 16th Street,    Suite 2400,
                 Philadelphia, PA 19102-2526
516897479*      +2602 Route 130, LLC,    2602 Route 130,    Cinnaminson, NJ 08077-3017
516897488*      +KLB Jersey, LLC,    2602 Route 130,    Cinnaminson, NJ 08077-3017
516897489*      +KLB Sage Diner, Inc.,    1170 Route 73,    Mount Laurel, NJ 08054-5112
517156275*      +Melrose Credit Union,    139-30 Queens Boulevard,    Briarwood, NY 11435-2926
                                                                                    TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2020 at the address(es) listed below:
```
              Brian E Caine    on behalf of Creditor    Township of Mount Laurel bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dino S. Mantzas    on behalf of Joint Debtor Stella  Roustas dino@dmantzaslaw.com
              Dino S. Mantzas    on behalf of Debtor Kostas  Roustas dino@dmantzaslaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing Ltd. dba GM Financial Leasing
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Leonard T. Schwartz    on behalf of Unknown Role Type    Karistos, Inc LenS@ssnjlaw.com
              Leonard T. Schwartz    on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rebecca K. McDowell    on behalf of Creditor    The First National Bank of Elmer
               rmcdowell@slgcollect.com
              Richard M. Berman    on behalf of Creditor    Republic Bank richard.berman@dinsmore.com,
               pmmu@stevenslee.com
              Ron L. Woodman    on behalf of Interested Party Jay  Several rwoodman@fsalaw.com,
               mprimavera@fsalaw.com
              Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3             Date Rcvd: Mar 05, 2020
                              Form ID: noa             Total Noticed: 46
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
         United States Trustee   USTPRegion03.NE.ECF@usdoj.gov
         William F. Saldutti, III   on behalf of Creditor   The First National Bank of Elmer
          wsaldutti@slgcollect.com, cflannery@slgcollect.com

                                                                                                                                                                                      TOTAL: 19