UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998)
Chapter 7 Trustee

**Order Filed on March 12, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  Kostas & Stella Roustas

| | |
|---|---|
| Case No.: | 17-22778/JNP |
| Judge: | Jerrold N. Poslusny |
| Chapter: | 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF  ATTORNEY FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: March 12, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:            Kostas & Stella Roustas _____

Case No.:         17-22778/JNP _____

Applicant:        Joseph D. Marchand, Esquire _____

(check all that apply) ☑ Trustee:  ☑ Chap. 7        ☐ Chap. 11        ☐ Chap. 13.

                  ☐ Debtor:   ☐ Chap. 11       ☐ Chap. 13

                  ☐ Official Committee of _____

Name of Professional:      Joseph D. Marchand, Esquire _____

Address of Professional:    117-119 West Broad Street _____

                           PO Box 298 _____

                            Bridgeton, NJ  08302 _____

                           _____

        ☑ Attorney for (check all that apply):
                ☑ Trustee   ☐ Debtor-in-Possession
                ☐ Official Committee of _____

        ☐ Accountant for:
                ☐ Trustee   ☐ Debtor-in-Possession
                ☐ Official Committee of _____

        ☐ Other Professional:
                ☐ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
                ☐ Other (specify): _____

_____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.      The applicant is authorized to retain the above party in the professional capacity
        noted.

2

2.    Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3.    The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-22778-JNP
Kostas Roustas                                                            Chapter 7
Stella Roustas
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin              Page 1 of 1              Date Rcvd: Mar 12, 2020
                                 Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2020.
db/jdb          +Kostas Roustas,    Stella Roustas,    49 Oak Ridge Drive,    Voorhees, NJ 08043-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2020 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    Township of Mount Laurel bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com,
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dino S. Mantzas    on behalf of Debtor Kostas   Roustas dino@dmantzaslaw.com
              Dino S. Mantzas    on behalf of Joint Debtor Stella   Roustas dino@dmantzaslaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing Ltd. dba GM Financial Leasing
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Joseph Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Kevin Gordon McDonald    on behalf of Creditor     Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Leonard T. Schwartz    on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com
              Leonard T. Schwartz    on behalf of Unknown Role Type    Karistos, Inc LenS@ssnjlaw.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rebecca K. McDowell    on behalf of Creditor    The First National Bank of Elmer
               rmcdowell@slgcollect.com
              Richard M. Berman    on behalf of Creditor    Republic Bank richard.berman@dinsmore.com,
               pmmu@stevenslee.com
              Ron L. Woodman    on behalf of Interested Party Jay    Several rwoodman@fsalaw.com,
               mprimavera@fsalaw.com
              Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William F. Saldutti, III    on behalf of Creditor    The First National Bank of Elmer
               wsaldutti@slgcollect.com,   cflannery@slgcollect.com
                                                                                          TOTAL: 19