UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Order Filed on March 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Case No.: _____

Judge: _____

Chapter: _____

Recommended Local Form:    ☐  Followed    ☐  Modified

## ORDER AUTHORIZING
### RETENTION OF _____

The relief set forth on the following pages, numbered two (2) and three (3) is hereby
**ORDERED**.

**DATED: March 16, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

In re:          _____

Case No.:       _____

Applicant:      _____

(check all that apply) ☐ Trustee: ☐ Chap. 7 ☐ Chap. 11 ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:    _____

Address of Professional:    _____

                                          _____

                                          _____

                                          _____

☐ Attorney for (check all that apply):

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee   ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Other Professional:

    ☐ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

    ☐ Other (specify): _____

---

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1.    The applicant is authorized to retain the above party in the professional capacity
noted.

2.      Compensation shall be paid in such amounts as may be allowed by the Court
upon proper application(s) therefor.

3.      The effective date of the retention is the date the application was filed with the
Court.

*Rev. 6/1/06; jml*