UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
P.O. Box 298
Bridgeton, NJ 08302
(856) 451-7600
(JM5998) Attorney for Chapter 7 Trustee

In Re:

Kostas & Stella Roustas

Order Filed on March 16, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        17-22778/JNP

Judge:        Jerrold N. Poslusny, Jr.

Chapter:        7

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF   ACCOUNTANT FOR TRUSTEE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: March 16, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| In re: | Kostas & Stella Roustas |
| Case No.: | 17-22778/JNP |
| Applicant: | Joseph D. Marchand |

(check all that apply) ☑ Trustee: ☑ Chap. 7    ☐ Chap. 11    ☐ Chap. 13.

☐ Debtor: ☐ Chap. 11    ☐ Chap. 13

☐ Official Committee of _____

Name of Professional:    Giuliano, Miller & Company, LLC

Address of Professional:    Berlin Business Park

140 Bradford Drive

West Berlin, NJ 08091

☐ Attorney for (check all that apply):
  ☐ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☑ Accountant for:
  ☑ Trustee    ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Other Professional:
  ☐ Realtor    ☐ Appraiser    ☐ Special Counsel    ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:
Kostas Roustas
Stella Roustas
    Debtors

Case No. 17-22778-JNP
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Mar 16, 2020
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.
db/jdb       +Kostas Roustas,   Stella Roustas,   49 Oak Ridge Drive,   Voorhees, NJ 08043-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:
         Brian E Caine    on behalf of Creditor    Township of Mount Laurel bcaine@parkermccay.com, BKcourtnotices@parkermccay.com
         Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         Dino S. Mantzas    on behalf of Debtor Kostas  Roustas dino@dmantzaslaw.com
         Dino S. Mantzas    on behalf of Joint Debtor Stella  Roustas dino@dmantzaslaw.com
         Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
         John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing Ltd. dba GM Financial Leasing ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
         Joseph  Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com
         Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net, jmarchand@comcast.net
         Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com, bkgroup@kmllawgroup.com
         Leonard T. Schwartz    on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com
         Leonard T. Schwartz    on behalf of Unknown Role Type    Karistos, Inc LenS@ssnjlaw.com
         Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
         Rebecca K. McDowell    on behalf of Creditor    The First National Bank of Elmer rmcdowell@slgcollect.com
         Richard M. Berman    on behalf of Creditor    Republic Bank richard.berman@dinsmore.com, pmmu@stevenslee.com
         Ron L. Woodman    on behalf of Interested Party Jay  Several rwoodman@fsalaw.com, mprimavera@fsalaw.com
         Timothy R. Wheeler    on behalf of Creditor    DePalma Acquisitions I, LLC timothy.wheeler@wilsonelser.com, sheyla.ibazeta@wilsonelser.com
         Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com, sheyla.ibazeta@wilsonelser.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William F. Saldutti, III    on behalf of Creditor    The First National Bank of Elmer wsaldutti@slgcollect.com, cflannery@slgcollect.com
                                                                                                          TOTAL: 20