**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**FEE APPLICATION COVER SHEET**

Debtor: Kostas + Stella Roustas       Applicant: Markowitz Starkman CPA

Case No.: 17-22778-JNP       Client:

Chapter: 7       Case Filed: 6/22/2017

**SECTION 1**
**FEE SUMMARY**

☐ Interim Fee Application No. _____ or ☒ Final Fee Application

|  | FEES | EXPENSES |
|---|---|---|
| Total Previous Fee Requested: | $ | $ |
| Total Fees Allowed To Date: | $ | $ |
| Total Retainer (If Applicable) | $ | $ |
| Total Holdback (If Applicable) | $ | $ |
| Total Received By Applicant | $ | $ |

| NAME OF PROFESSIONAL & TITLE | YEAR ADMITTED (Or Years Of Professional Service) | HOURS | RATE | FEE |
|---|---|---|---|---|
| 1. Eric Starkman, CPA | 25 | 50.50 | $250 | $12,625.00 |
| 2. Harry Starkman, CPA | 45 | 44.75 | $250 | $11,187.50 |
| 3. Beverly Hanson, Office Administrator | 25 | 1.0 | $75 | $75.00 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |

Fee Totals:  $ 23,887.50

Disbursements Totals:  $ 0.00

Total Fee Application  $ 23,887.50

SEE ATTACHED DETAILED BILLING SUMMARY

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| a) **Asset Analysis and Recovery:** Identification and review of potential assets including causes of action and non-litigation recoveries. | | |
| b) **Asset Disposition** Sales, leases, abandonment and related transaction work. | | |
| c) **Avoidance Action Litigation** Preference and fraudulent transfer litigation. | | |
| d) **Business Operations** Issues related to debtor-in-possession operating in chapter 11 such as employee, vendor, tenant issues and other similar problems. | | |
| e) **Case Administration** Coordination and compliance activities, including preparation of statement of financial affairs, schedules, list of contracts, United States Trustee interim statements and operating reports; contacts with the United States Trustee; general creditor inquires. | 96.25 | $23,887.50 |
| f) **Claims Administration and Objections** Specific claim inquiries; bar date motions; analyses, objections and allowance of claims. | | |
| g) **Employee Benefits/Pensions** Review issues such as severance, retention, 401K coverage and continuance of pension plan. | | |
| h) **Fee/Employment Applications** Preparations of employment and fee applications for self or others; motions to Establish interim procedures. | | |
| i) **Fee/Employment Objections** Review of an objections to the employment and fee applications of others. | | |
| j) **Financing** Matters under 361, 363 and 364 including cash collateral and secured clams; loan document analysis. | | |
| k) **Litigation** Other than Avoidance Action Litigation (there should be a separate category established for each major matter). | | |
| l) **Meetings of Creditors** Preparing for and attending the conference of creditors, the 341(a) meeting and other creditors' committee meetings. | | |
| m) **Plan and Disclosure Statement** Formulation, presentation and confirmation; compliance with the plan confirmation order, related orders and rules; disbursement and case closing activities, except those related to allowance and objections to allowance of claims. | | |

2

SEE ATTACHED DETAILED BILLING SUMMARY

| SERVICES RENDERED | | HOURS | FEE |
|---|---|---|---|
| n) | **Relief from Stay Proceedings** <br> Matters relating to termination or continuation of automatic stay under 362. | | |
| o) | **Accounting/Auditing** <br> Activities related to maintaining and auditing books of account, preparation of financial statements and account analysis. | | |
| p) | **Business Analysis** <br> Preparation and review of company business plan; development and review of strategies; preparation and review of cash flow forecasts and feasibility studies. | | |
| q) | **Corporate Finance** <br> Review financial aspects of potential mergers, acquisitions and disposition of company or subsidiaries. | | |
| r) | **Data Analysis** <br> Management information systems review, installation and analysis, construction, maintenance and reporting of significant case financial data, lease rejection, claims, etc. | | |
| s) | **Litigation Consulting** <br> Providing consulting and expert witness services related to various bankruptcy matters such as insolvency, feasibility, avoiding actions; forensic accounting, etc. | | |
| t) | **Reconstruction Accounting** <br> Reconstructing books and records from past transactions and brining accounting current. | | |
| u) | **Tax Issues** <br> Analysis of tax issues and preparation of state and federal tax returns. | | |
| v) | **Valuation** <br> Appraise or review appraisals of assets. | | |
| w) | **Travel Time** | | |
| **SERVICE TOTALS:** | | | $23,887.50 |

3

## SECTION III
### SUMMARY OF DISBURSEMENTS

N/A

| DISBURSEMENTS | | AMOUNT |
|---|---|---|
| a) | **Filing Fees**<br>Payable to Clerk of Court. | |
| b) | **Computer Assisted Legal Research**<br>Westlaw, Lexis and a description of manner calculated. | |
| c) | **Pacer Fees**<br>Payable to the Pacer Service Center for search and/or print. | |
| d) | **Fax**<br>Include per page fee charged. | |
| e) | **Case Specific Telephone/Conference Call Charges**<br>Exclusive of overhead charges. | |
| f) | **In-house Reproduction Services**<br>Exclusive of overhead charges. | |
| g) | **Outside Reproduction Services**<br>Including scanning services. | |
| h) | **Other Research**<br>Title searches, UCC searches, Asset searches, Accurint. | |
| i) | **Court Reporting**<br>Transcripts. | |
| j) | **Travel**<br>Mileage, tolls, airfare, parking. | |
| k) | **Courier & Express Carriers**<br>Overnight and personal delivery. | |
| l) | **Postage** | |
| m) | **Other (specify)** | |
| **DISBURSEMENTS TOTAL:** | | |

I certify under penalty of perjury that the above is true.

Date: 5/4/2020

_____
Signature

*rev. 10/1/15*

4

## MARKOVITZ, STARKMAN & CO., CPAs, LLC

Liberty View Building
457 Haddonfield Road, Suite 530
Cherry Hill, NJ 08002
Phone: 856-675-1500 / Fax: 856-488-0740

**Detailed Billing Summary for the Period July 28, 2017 through April 17, 2019**

Kostas & Stella Roustas / Case #17-22778 - JNP

| Date | Description | Hours HS | Hours ES |
|---|---|---|---|
| 07/28/17 | Read Bankruptcy Petition and discuss financial disclosures. | 1.50 | 1.50 |
| 07/28/17 | Telephone conversation with attorney regarding taxes on sale and other related items/allocations. | 0.75 | 0.00 |
| 07/28/17 | Review of individual tax returns for 2014, 2015, and 2016 in relation to sale of land and taxes payable projections. | 0.75 | 0.75 |
| 07/31/17 | Meeting to input sale information and arrive at an income tax projected figure. | 0.75 | 0.75 |
| 08/01/17 | Further preparation and analysis of 2017 tax projection, pro-forma input of data into 2016 tax return. | 1.00 | 1.00 |
| 08/02/18 | Meeting @ HS office with ES, attorney, and debtor regarding pro-forma tax projection of selling land. | 1.00 | 1.00 |
| 08/07/17 | Review of records and analysis of tax basis in land. Research prior year tax returns & depreciation schedules. | 1.00 | 1.00 |
| 09/05/17 | Meeting with debtor regarding BUYER counter-offer for purchase of land. | 0.50 | 0.00 |
| 10/16/17 | Preparation of monthly statement. Review report with attorney. | 1.00 | 1.00 |
| 10/16/17 | Review bank statements. Email to debtor requesting further information. | 0.50 | 0.00 |
| 10/17/17 | Collating and collecting detail information for all bank accounts. | 0.50 | 0.00 |

## MARKOVITZ, STARKMAN & CO., CPAs, LLC

Liberty View Building
457 Haddonfield Road, Suite 530
Cherry Hill, NJ 08002
Phone: 856-675-1500 / Fax: 856-488-0740

**Detailed Billing Summary for the Period July 28, 2017 through April 17, 2019**

Kostas & Stella Roustas / Case #17-22778 - JNP

| Date | Description | Hours HS | Hours ES |
|---|---|---|---|
| 10/18/17 | Preparation of initial Monthly Operating Report. | 1.50 | 1.00 |
| 10/18/17 | Preparation of Monthly Operating Report for July 2017. Analysis of bank statements, preparation of receipts & disbursement registers. | 2.00 | 2.00 |
| 11/18/17 | Preparation of Monthly Report for August/September 2017. Analysis of bank statements; discuss with debtor, send to attorney. | 3.00 | 3.00 |
| 12/02/17 | Preparation of monthly statement for October 2017; analysis of bank statements; preparation of schedules; discuss further clarification of expense classification with debtor; review & send to attorney. | 2.00 | 2.00 |
| 01/03/18 to 01/08/18 | Preparation of revised Sept/Oct/Nov 2017 Monthly Operating Reports. Analysis of checks paid. Review bank statements, further analysis, and follow-up phone call. | 2.00 | 2.50 |
| 03/04/18 | Preparation of December 2017 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Analysis of checks paid. | 1.50 | 2.50 |
| 03/05/18 | Preparation of January 2018 Monthly Operating Report. Analysis of bank statements, preparation of scheudules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.50 | 2.50 |
| 04/09/18 | Preparation of February 2018 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.50 | 2.50 |
| 05/08/18 to 05/09/18 | Preparation of March 2018 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.00 | 2.50 |

# MARKOVITZ, STARKMAN & CO., CPAs, LLC

Liberty View Building
457 Haddonfield Road, Suite 530
Cherry Hill, NJ 08002
Phone: 856-675-1500 / Fax: 856-488-0740

**Detailed Billing Summary for the Period July 28, 2017 through April 17, 2019**

Kostas & Stella Roustas / Case #17-22778 - JNP

| Date | Description | Hours HS | Hours ES |
|---|---|---|---|
| 06/19/18 to 06/22/18 | Preparation of April 2018 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.50 | 2.00 |
| 07/09/18 | Preparation of May 2018 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. Analyzed disbursements and preparation of schedule for the period July 2017 through April 2018. | 1.00 | 3.00 |
| 07/25/18 | Preparation of debtors' 2017 Federal and State Individual Income Tax Returns. | 3.00 | 0.00 |
| 9/12/18 to 9/15/18 | Various telephone conferences and emails with attorney and debtor. | 1.00 | 1.00 |
| 09/20/18 to 09/24/18 | Preparation of June 2018 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.50 | 2.00 |
| 9/24/18 to 9/25/18 | Preparation of July 2018 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.50 | 2.00 |
| 9/26/18 to 9/27/18 | Preparation of August 2018 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.00 | 2.00 |
| 10/25/18 to 10/26/18 | Preparation of September 2018 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.00 | 2.00 |
| 11/13/18 | Meeting with client to discuss potential sale. Telephone conference with attorney. | 1.00 | 1.00 |
| 11/29/18 | Various telephone conferences with client and attorney regarding potential sale of real estate. | 1.00 | 1.00 |

## MARKOVITZ, STARKMAN & CO., CPAs, LLC

Liberty View Building
457 Haddonfield Road, Suite 530
Cherry Hill, NJ 08002
Phone: 856-675-1500 / Fax: 856-488-0740

**Detailed Billing Summary for the Period July 28, 2017 through April 17, 2019**

Kostas & Stella Roustas / Case #17-22778 - JNP

| | | Hours | |
|---|---|---|---|
| Date | Description | HS | ES |
| 12/10/18 | Analysis of tax implications of potential sale of Sage, and allocation of sales price. Email to attorney. | 1.00 | 1.00 |
| 12/10/18 to 12/13/18 | Preparation of October 2018 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.00 | 2.00 |
| 12/24/18 | Preparation of November 2018 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.00 | 1.00 |
| 01/31/19 | Preparation of December 2018 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.00 | 1.00 |
| 03/04/19 | Preparation of January 2019 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.00 | 1.00 |
| 04/17/19 | Preparation of February 2019 Monthly Operating Report. Analysis of bank statements, preparation of schedules of cash receipts and cash disbursements. Email to debtor and attorney. | 1.00 | 1.00 |
| | | 44.75 | 50.50 |

| Fee Summary | | | | |
|---|---|---|---|---|
| | Rate | Hours | | Amount |
| (HS) - Harry Starkman, CPA | 250 | 44.75 | $ | 11,187.50 |
| (ES) - Eric Starkman, CPA | 250 | 50.50 | | 12,625.00 |
| Beverly Hanson - Office Processing & E-File Costs for Tax Returns | 75 | 1.00 | | 75.00 |
| Total: | | | $ | 23,887.50 |