Form 137 – aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17–22778–JNP
Chapter:  7
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kostas Roustas                          Stella Roustas
aka Gus Roustas                         49 Oak Ridge Drive
49 Oak Ridge Drive                      Voorhees, NJ 08043
Voorhees, NJ 08043

Social Security No.:
xxx–xx–6930                             xxx–xx–7178

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:        6/4/20
Time:         02:00 PM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Dino S. Mantzas, Debtor's Attorney

COMMISSION OR FEES
fee: $68,925.00

EXPENSES
$2,576.01

If this is a chapter 13 case, the fees and expenses awarded:

☐       will not reduce the amount to be paid to general unsecured
        creditors under the plan.

☐       will reduce the amount to be paid to general unsecured
        creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 6, 2020
JAN: har

                                       Jeanne Naughton
                                       Clerk