Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–22778–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kostas Roustas
aka Gus Roustas
49 Oak Ridge Drive
Voorhees, NJ 08043

Stella Roustas
49 Oak Ridge Drive
Voorhees, NJ 08043

Social Security No.:
xxx–xx–6930                                                                 xxx–xx–7178

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Jerrold N. Poslusny Jr. on:

Date:       6/4/20
Time:       02:00 PM
Location:   4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Markovitz, Starkman & Company, LLC., Debtor's Accountant

COMMISSION OR FEES
fee: $23,887.50

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: May 6, 2020
JAN: har

                                                Jeanne Naughton
                                                Clerk

```
                          United States Bankruptcy Court
                              District of New Jersey

In re:                                                    Case No. 17-22778-JNP
Kostas Roustas                                            Chapter 7
Stella Roustas
       Debtors                    CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3          Date Rcvd: May 06, 2020
                              Form ID: 137             Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 08, 2020.
db/jdb         +Kostas Roustas,   Stella Roustas,   49 Oak Ridge Drive,   Voorhees, NJ 08043-1537
aty            +Leonard Teddy Schwartz,   Slotnick & Schwartz,   1350 N. Black Horse Pike,   Suite 2,
                 Williamstown, NJ 08094-9129
cr              ACAR Leasing Ltd. dba GM Financial Leasing,   400 Embarcadero Dr.,   Arlington, TX  76014
acc            +Giuliano Miller & Company,   2301 E. Evesham Road,   Pavillion 800,   Suite 210,
                 Voorhees, NJ 08043-4504
acc           #+Giuliano, Miller, & Company, LLC,   Berlin Business Park,   140 Bradford Drive,
                 West Berlin, NJ 08091-9216
acc            +Markovitz, Starkman & Company, LLC.,   457 Haddonfield Road,   Cherry Hill, NJ 08002-2220
cr             +The First National Bank of Elmer,   Saldutti Law Group,   c/o Rebecca K. McDowell,
                 800 N. Kings Hwy,   Ste 300,   Cherry Hill Township, NJ 08034-1511
516897478      +2602 Route 130 LLC,   2602 Route 130,   Cinnaminson, NJ 08077-3017
516946636      +ACAR Leasing Ltd,   d/b/a GM Financial Leasing,   PO Box 183853,   Arlington, TX 76096-3853
516897483      +Checker Management,   22-10 Jackson Avenue,   New York, NY 10002-6679
516897484      +Christopher D. Palmieri,,   Esquire,   300 Garden City Plaza,   Garden City, NY 11530-3302
518762478      +DePalma Acquisitions I, LLC,   Wilson Elser Moskowitz Edelman & Dicker,   200 Campus Drive,
                 Florham Park, NJ 07932-1007
516897486      +First National Bank of Elmer,   PO Box 980,   Elmer, NJ 08318-0980
518103638      +Jay Several,   c/o Ron L. Woodman, Esquire,   Friedman Schuman, P.C.,
                 101 Greenwood Avenue, Fifth Floor,   Jenkintown, PA 19046-2627
516897487      +KLB Jersey LLC,   2602 Route 130,   Cinnaminson, NJ 08077-3017
516897481      +KLB Sage Diner, Inc.,   1170 Route 73,   Mount Laurel, NJ 08054-5112
516897491      +Melrose Credit Union,   139-30 Queens Boulevard,   Briarwood, NY 11435-2926
516897492      +Republic Bank,   Two Liberty Place,   50 S. 16th Street, Suite 2400,
                 Philadelphia, PA 19102-2526
518267308      +Republic Bank,   Steven & Lee,   1818 Market St., 29th Floor,   Philadelphia, PA 19103-3652
517089871      +Republic First Bank,   Dinsmore & Shohl, LLP,   1800 JFK Blvd. Suite 1000,
                 Philadelphia PA 19103-7422
516897493      +Richard M. Berman, Esquire,   Dinsmore & Shohl, LLP,   1800 JFk Boulevard, Suite 1000,
                 Philadelphia, PA 19103-7422
516897494      +Rose Commercial Real Estate,   12000 Lincoln Dr W Ste 111,   Marlton, NJ 08053-3401
516897495      +S&P Development Corp.,   111 Presidential Boulevard,   Suite 209,   Bala Cynwyd, PA 19004-1013
517603902     ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,   Department of Treasury,
                 Division of Taxation,   PO BOX 245,   Trenton NJ 08695-0245)
516897496      +Saldutti Law Group,   800 N. Kings Highway, Suite,   300,   Cherry Hill, NJ 08034-1511
516897498      +TD Bank,   1701 Marlton Pike E.,   Marlton, NJ 08053
517038636      +TD Bank NA,   Richard J Tracy III Esq,   30 Montgomery Street Suite 1205,
                 Jersey City NJ 07302-3835
517028172      +TD Bank, N.A.,   Payment Processing,   PO Box 16029,   Lewiston, ME 04243-9507
518787156      +TD Bank, N.A.,   Schiller Knapp Lefkowitz & Hertzel, LLP,   30 Montgomery Street,   Suite 1205,
                 Jersey City, New Jersey 07302-3835
516897490     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                (address filed with court: Lexus Financial Services,   PO Box 8026,   Cedar Rapids, IA 52409)
516914187      +The First National Bank of Elmer,   Saldutti Law Group,   800 N. Kings Highway, Suite 300,
                 Cherry Hill, NJ 08034-1511
516897482      +Township of Mount Laurel,   100 Mount Laurel Road,   Mount Laurel, NJ 08054-1507
518145061      +Township of Mount Laurel,   Parker McCay PA,   9000 Midlantic Drive, Suite 300,   PO Box 5054,
                 Mount Laurel, NJ 08054-5054
516983869      +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
516988979      +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517001053    +++US Bank Cust for PC 4 & CRDTRS,   Gary C. Zeitz, LLC,   1101 Laurel Oak Road, Suite 170,
                 Voorhees NJ 08043-4381
516897500      +US Small Business Adm.,   Commercial Loan Servicing,   2120 Riverfront Dr, Ste 100,
                 Little Rock, AR 72202-1794

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 06 2020 22:59:20      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 06 2020 22:59:18      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
none           +E-mail/Text: lens@ssnjlaw.com May 06 2020 22:58:47      Karistos, Inc,   c/o Slotnick & Schwartz,
                 1350 N. Black Horse Pike,   Suite 2,   Williamstown, NJ 08094-9129
516996833       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 06 2020 23:09:00
                 Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC 28272-1083
516952646      +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 06 2020 22:59:01      Department of Treasury,
                 Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
516897485      +E-mail/Text: mrdiscen@discover.com May 06 2020 22:58:46      Discover,   PO Box 30421,
                 Salt Lake City, UT 84130-0421
```

```
District/off: 0312-1          User: admin              Page 2 of 3              Date Rcvd: May 06, 2020
                              Form ID: 137             Total Noticed: 48

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516928267         E-mail/Text: mrdiscen@discover.com May 06 2020 22:58:46      Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516897480         E-mail/PDF: ais.chase.ebn@americaninfosource.com May 06 2020 23:11:22      Chase Sapphire,
                   PO Box 15298,    Wilmington, DE 19650
517156299        +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 06 2020 23:11:25      Sierra Auto Finance LLC,
                   P.O. Box 165028,    Irving TX 75016-5028
516897497         E-mail/Text: bankruptcy@td.com May 06 2020 22:59:21      TD Bank,    1701 Marlton Pike E.,
                   Cherry Hill, NJ 08034
517138927         E-mail/Text: bankruptcy@td.com May 06 2020 22:59:21      TD Bank, N.A.,
                   c/o Schiller Knapp Lefkowitz & Hertzel L,    70 Gray Road,    Falmouth, ME 04105
                                                                                             TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518794782        DePalma Acquisitions I, LLC
518794784        DePalma Acquisitions I, LLC
517140520        MTAG Custodian for FIG Capital Investments NJ13,LL,    PO Box 54472, New Orleans , Louisiana 70
intp*           +Jay Several,    c/o Ron L. Woodman, Esquire,    Friedman Schuman, P.C.,
                   101 Greenwood Avenue, Fifth Floor,    Jenkintown, PA 19046-2627
cr*             +Republic Bank,    Two Liberty Place,    50 S. 16th Street,    Suite 2400,
                   Philadelphia, PA 19102-2526
516897479*      +2602 Route 130, LLC,    2602 Route 130,    Cinnaminson, NJ 08077-3017
516897488*      +KLB Jersey, LLC,    2602 Route 130,    Cinnaminson, NJ 08077-3017
516897489*      +KLB Sage Diner, Inc.,    1170 Route 73,    Mount Laurel, NJ 08054-5112
517156275*      +Melrose Credit Union,    139-30 Queens Boulevard,    Briarwood, NY 11435-2926
516897499*      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                  (address filed with court: Toyota Financial Services,    PO Box 8026,    Cedar Rapids, IA 52409)
                                                                                      TOTALS: 3, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 6, 2020 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    Township of Mount Laurel bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dino S. Mantzas    on behalf of Joint Debtor Stella  Roustas dino@dmantzaslaw.com
              Dino S. Mantzas    on behalf of Debtor Kostas  Roustas dino@dmantzaslaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing Ltd. dba GM Financial Leasing
               ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank, N.A. jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;lgadomski@schillerknapp.com
```

```
District/off: 0312-1          User: admin              Page 3 of 3           Date Rcvd: May 06, 2020
                              Form ID: 137             Total Noticed: 48


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Leonard T. Schwartz    on behalf of Unknown Role Type    Karistos, Inc LenS@ssnjlaw.com
              Leonard T. Schwartz     on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rebecca K. McDowell    on behalf of Creditor    The First National Bank of Elmer
               rmcdowell@slgcollect.com
              Richard M. Berman    on behalf of Creditor    Republic Bank richard.berman@dinsmore.com,
               pmmu@stevenslee.com
              Ron L. Woodman    on behalf of Interested Party Jay    Several rwoodman@fsalaw.com,
               mprimavera@fsalaw.com
              Timothy R. Wheeler    on behalf of Creditor    DePalma Acquisitions I, LLC
               timothy.wheeler@wilsonelser.com, sheyla.ibazeta@wilsonelser.com
              Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William F. Saldutti, III    on behalf of Creditor    The First National Bank of Elmer
               wsaldutti@slgcollect.com, cflannery@slgcollect.com
                                                                                             TOTAL: 21
```