UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Attorney for Chapter 7 Trustee
JM5998

In Re:

Kostas & Stella Roustas,

Debtor(s).

Case No. 17-22778/JNP

**CONSENT ORDER REGARDING APPLICATION FOR COMPENSATION FO MARKOVITZ, STARKMAN, & COMPANY, CPAS, LLC**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 18, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor(s):   Kostas & Stella Roustas                              (Page 2)
Case No:     17-22778/JNP

---

**WHEREAS,** the above stated Bankruptcy was converted from Chapter 11 to a Chapter 7 on January 2, 2020; and

**WHEREAS,** Joseph D. Marchand was appointed as the Chapter 7 Bankruptcy Trustee; and

**WHEREAS,** Markovitz, Starkman, & Company, CPAS, LLC having submitting a Fee Application for services supplied pursuant to their Order as the Accountant in the Chapter 11 Bankruptcy; and

**WHEREAS,** the Trustee had various concerns regarding the Application that was filed with the Court and the matter was dually extended until July 2, 2020 regarding the Hearing date; and

**WHEREAS,** the Chapter 7 Trustee has conferred with the aforementioned Accounting Firm and the parties have agreed as follows; and

This matter having come before the Court as a Consent Order executed by Eric Starkman, CPA for Markovitz, Starkman, & Co., CPAS, LLC as well as the Attorney for Trustee and Trustee in the above captioned. Upon consideration of Markovitz, Starkman, & Co., CPAS, LLC Final Application for an Order for payment of Compensation to the Accountant in the Chapter 11 Bankruptcy, and good cause appearing therefore, it is hereby

**ORDERED THAT** Markovitz, Starkman, & Co., CPAS, LLC, as *Accountant in the Chapter 11 Bankruptcy Estate*, is hereby awarded Compensation in the amount of $11,943.75

Debtor(s):   Kostas & Stella Roustas                                    (Page 3)
Case No:     17-22778/JNP

I hereby consent to the terms and conditions stated herein.

_____

Markovitz, Starkman, & Co., CPAS, LLC
Eric Starkman, CPA Authorized Officer
Accountant in the Chapter 11 Bankruptcy Estate

_____

Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee
and Attorney for Trustee