UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**DINO S. MANTZAS**
DM6590
701 ROUTE 73 N., SUITE 1
MARLTON, NEW JERSEY 08053
(856) 988-0033

Order Filed on June 19, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

KOSTAS ROUSTAS and STELLA ROUSTAS

Case No. 17-22778

Judge:

Chapter: 11

# ORDER FOR FEE ALLOWANCE TO DEBTOR'S COUNSEL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**THIS MATTER** having been brought before the Court by Dino S. Mantzas, Esquire, attorney for the Debtors, upon application for attorneys' fees and expenses, and notice having been sent to the creditors, and there having been no objection to the application submitted, and for good cause shown;

**IT IS HEREBY ORDERED** that Dino S. Mantzas, Esquire as attorney for the Debtor is hereby awarded fees and expenses as follows:

Attorney's Fees        $  68,640.00

Attorney's Expenses  $   2,576.01