UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Order Filed on June 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Joseph D. Marchand, Esquire, Trustee
117-119 West Broad Street
PO Box 298
Bridgeton, NJ 08302
Attorney for Chapter 7 Trustee
JM5998

In Re:

Kostas & Stella Roustas,

Debtor(s).

Case No. 17-22778/JNP

**CONSENT ORDER REGARDING APPLICATION FOR COMPENSATION FO MARKOVITZ, STARKMAN, & COMPANY, CPAS, LLC**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 18, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Debtor(s):    Kostas & Stella Roustas    (Page 2)
Case No:    17-22778/JNP

**WHEREAS,** the above stated Bankruptcy was converted from Chapter 11 to a Chapter 7 on January 2, 2020; and

**WHEREAS,** Joseph D. Marchand was appointed as the Chapter 7 Bankruptcy Trustee; and

**WHEREAS,** Markovitz, Starkman, & Company, CPAS, LLC having submitting a Fee Application for services supplied pursuant to their Order as the Accountant in the Chapter 11 Bankruptcy; and

**WHEREAS,** the Trustee had various concerns regarding the Application that was filed with the Court and the matter was dually extended until July 2, 2020 regarding the Hearing date; and

**WHEREAS,** the Chapter 7 Trustee has conferred with the aforementioned Accounting Firm and the parties have agreed as follows; and

This matter having come before the Court as a Consent Order executed by Eric Starkman, CPA for Markovitz, Starkman, & Co., CPAS, LLC as well as the Attorney for Trustee and Trustee in the above captioned. Upon consideration of Markovitz, Starkman, & Co., CPAS, LLC Final Application for an Order for payment of Compensation to the Accountant in the Chapter 11 Bankruptcy, and good cause appearing therefore, it is hereby

**ORDERED THAT** Markovitz, Starkman, & Co., CPAS, LLC, as *Accountant in the Chapter 11 Bankruptcy Estate*, is hereby awarded Compensation in the amount of $11,943.75

Debtor(s):   Kostas & Stella Roustas                                    (Page 3)
Case No:     17-22778/JNP

---

I hereby consent to the terms and conditions stated herein.

*[signature]*

Markovitz, Starkman, & Co., CPAS, LLC
Eric Starkman, CPA Authorized Officer
Accountant in the Chapter 11 Bankruptcy Estate

*[signature]*

Joseph D. Marchand, Esquire
Chapter 7 Bankruptcy Trustee
and Attorney for Trustee

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-22778-JNP
Kostas Roustas                                                      Chapter 7
Stella Roustas
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1          Date Rcvd: Jun 18, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2020.
db/jdb         +Kostas Roustas,   Stella Roustas,   49 Oak Ridge Drive,   Voorhees, NJ 08043-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2020 at the address(es) listed below:
              Brian E Caine    on behalf of Creditor    Township of Mount Laurel bcaine@parkermccay.com,
               BKcourtnotices@parkermccay.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Dino S. Mantzas    on behalf of Debtor Kostas  Roustas dino@dmantzaslaw.com
              Dino S. Mantzas    on behalf of Joint Debtor Stella  Roustas dino@dmantzaslaw.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,
               jeffrey.m.sponder@usdoj.gov
              John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing Ltd. dba GM Financial Leasing
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Joseph Marchand    jdmarchand@comcast.net, jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Joseph Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net
              Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank, N.A. jdevine@schillerknapp.com,
               kcollins@schillerknapp.com;lgadomski@schillerknapp.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              Leonard T. Schwartz    on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com
              Leonard T. Schwartz    on behalf of Unknown Role Type    Karistos, Inc LenS@ssnjlaw.com
              Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Rebecca K. McDowell    on behalf of Creditor    The First National Bank of Elmer
               rmcdowell@slgcollect.com
              Richard M. Berman    on behalf of Creditor    Republic Bank richard.berman@dinsmore.com,
               pmmu@stevenslee.com
              Ron L. Woodman    on behalf of Interested Party Jay  Several rwoodman@fsalaw.com,
               mprimavera@fsalaw.com
              Timothy R. Wheeler    on behalf of Creditor    DePalma Acquisitions I, LLC
               timothy.wheeler@wilsonelser.com, sheyla.ibazeta@wilsonelser.com
              Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com,
               sheyla.ibazeta@wilsonelser.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William F. Saldutti, III    on behalf of Creditor    The First National Bank of Elmer
               wsaldutti@slgcollect.com, cflannery@slgcollect.com
                                                                                             TOTAL: 21