

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**DINO S. MANTZAS**<br>DM6590<br>701 ROUTE 73 N., SUITE 1<br>MARLTON,  NEW JERSEY  08053<br>(856) 988-0033 | Order Filed on June 19, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KOSTAS ROUSTAS and STELLA ROUSTAS | Case No. 17-22778<br><br>Judge:<br><br>Chapter:    11 |

## ORDER FOR FEE ALLOWANCE TO DEBTOR'S COUNSEL

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 19, 2020**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**THIS MATTER** having been brought before the Court by Dino S. Mantzas, Esquire, attorney for the Debtors, upon application for attorneys' fees and expenses, and notice having been sent to the creditors, and there having been no objection to the application submitted, and for good cause shown;

**IT IS HEREBY ORDERED** that Dino S. Mantzas, Esquire as attorney for the Debtor is hereby awarded fees and expenses as follows:

Attorney's Fees         $  68,640.00

Attorney's Expenses  $   2,576.01

United States Bankruptcy Court
District of New Jersey

In re:  
Kostas Roustas  
Stella Roustas  
     Debtors

Case No. 17-22778-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jun 19, 2020  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2020.  
db/jdb        +Kostas Roustas,    Stella Roustas,    49 Oak Ridge Drive,    Voorhees, NJ 08043-1537

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2020                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2020 at the address(es) listed below:

          Brian E Caine    on behalf of Creditor    Township of Mount Laurel bcaine@parkermccay.com,  
           BKcourtnotices@parkermccay.com  
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
          Dino S. Mantzas    on behalf of Debtor Kostas   Roustas dino@dmantzaslaw.com  
          Dino S. Mantzas    on behalf of Joint Debtor Stella   Roustas dino@dmantzaslaw.com  
          Jeffrey M. Sponder    on behalf of U.S. Trustee    U.S. Trustee jeffrey.m.sponder@usdoj.gov,  
           jeffrey.m.sponder@usdoj.gov  
          John R. Morton, Jr.    on behalf of Creditor    ACAR Leasing Ltd. dba GM Financial Leasing  
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
          Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com  
          Joseph Marchand    on behalf of Trustee Joseph   Marchand jdmarchand@comcast.net,  
           jmarchand@comcast.net  
          Joseph Gunnar Devine, Jr    on behalf of Creditor    TD Bank, N.A. jdevine@schillerknapp.com,  
           kcollins@schillerknapp.com;lgadomski@schillerknapp.com  
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@blankrome.com,  
           bkgroup@kmllawgroup.com  
          Leonard T. Schwartz    on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com  
          Leonard T. Schwartz    on behalf of Unknown Role Type    Karistos, Inc LenS@ssnjlaw.com  
          Linda S. Fossi    on behalf of Creditor    US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com,  
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
          Rebecca K. McDowell    on behalf of Creditor    The First National Bank of Elmer  
           rmcdowell@slgcollect.com  
          Richard M. Berman    on behalf of Creditor    Republic Bank richard.berman@dinsmore.com,  
           pmmu@stevenslee.com  
          Ron L. Woodman    on behalf of Interested Party Jay   Several rwoodman@fsalaw.com,  
           mprimavera@fsalaw.com  
          Timothy R. Wheeler    on behalf of Creditor    DePalma Acquisitions I, LLC  
           timothy.wheeler@wilsonelser.com,   sheyla.ibazeta@wilsonelser.com  
          Timothy R. Wheeler    on behalf of Creditor    Melrose Credit Union timothy.wheeler@wilsonelser.com,  
           sheyla.ibazeta@wilsonelser.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          United States Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William F. Saldutti, III    on behalf of Creditor    The First National Bank of Elmer  
           wsaldutti@slgcollect.com,   cflannery@slgcollect.com  
                                                                                             TOTAL: 21