Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−22778−JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kostas Roustas                                    Stella Roustas
   aka Gus Roustas                                   49 Oak Ridge Drive
   49 Oak Ridge Drive                                Voorhees, NJ 08043
   Voorhees, NJ 08043

Social Security No.:
   xxx−xx−6930                                       xxx−xx−7178

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above−named case will be closed without entry of discharge on or after January 22, 2021 for the reason(s) indicated below.

- ☑ Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☑ Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: December 23, 2020
JAN: mrm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 17-22778-JNP
Kostas Roustas                                                                              Chapter 7
Stella Roustas
     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2
Date Rcvd: Dec 23, 2020    Form ID: clsnodsc    Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Kostas Roustas, Stella Roustas, 49 Oak Ridge Drive, Voorhees, NJ 08043-1537 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 23 2020 21:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 23 2020 21:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:**

**Name**    **Email Address**

Brian E Caine
    on behalf of Creditor Township of Mount Laurel bcaine@parkermccay.com BKcourtnotices@parkermccay.com

Denise E. Carlon

Case 17-22778-JNP    Doc 214    Filed 12/25/20    Entered 12/26/20 00:19:28    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 23, 2020 | Form ID: clsnodsc | Total Noticed: 3 |

on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Dino S. Mantzas

on behalf of Debtor Kostas Roustas dino@dmantzaslaw.com

Dino S. Mantzas

on behalf of Joint Debtor Stella Roustas dino@dmantzaslaw.com

Jeffrey M. Sponder

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov  jeffrey.m.sponder@usdoj.gov

John R. Morton, Jr.

on behalf of Creditor ACAR Leasing Ltd. dba GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

Joseph Marchand

jdmarchand@comcast.net  jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Joseph Marchand

on behalf of Trustee Joseph Marchand jdmarchand@comcast.net  jmarchand@comcast.net

Joseph Gunnar Devine, Jr

on behalf of Creditor TD Bank  N.A. jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Kevin Gordon McDonald

on behalf of Creditor Toyota Lease Trust kmcdonald@blankrome.com  bkgroup@kmllawgroup.com

Leonard T. Schwartz

on behalf of Unknown Role Type Karistos  Inc LenS@ssnjlaw.com

Leonard T. Schwartz

on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com

Linda S. Fossi

on behalf of Creditor US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com
gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

Rebecca K. McDowell

on behalf of Creditor The First National Bank of Elmer rmcdowell@slgcollect.com

Richard M. Berman

on behalf of Creditor Republic Bank richard.berman@dinsmore.com  pmmu@stevenslee.com

Ron L. Woodman

on behalf of Interested Party Jay Several rwoodman@fsalaw.com  mprimavera@fsalaw.com

Timothy R. Wheeler

on behalf of Creditor DePalma Acquisitions I  LLC timothy.wheeler@wilsonelser.com, sheyla.ibazeta@wilsonelser.com

Timothy R. Wheeler

on behalf of Creditor Melrose Credit Union timothy.wheeler@wilsonelser.com  sheyla.ibazeta@wilsonelser.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

William F. Saldutti, III

on behalf of Creditor The First National Bank of Elmer wsaldutti@slgcollect.com  cflannery@slgcollect.com

TOTAL: 21