| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Kostas Roustas<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6930<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Stella Roustas<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7178<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   17–22778–JNP | | |

# Order of Discharge                                                                                       12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kostas Roustas                                           Stella Roustas
aka Gus Roustas

1/15/21                                                  **By the court:**   Jerrold N. Poslusny Jr.
                                                                             United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-22778-JNP |
| Kostas Roustas | Chapter 7 |
| Stella Roustas | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 15, 2021 | Form ID: 318 | Total Noticed: 50 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

+++   Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e).

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kostas Roustas, Stella Roustas, 49 Oak Ridge Drive, Voorhees, NJ 08043-1537 |
| aty | + | Leonard Teddy Schwartz, Slotnick & Schwartz, 1350 N. Black Horse Pike, Suite 2, Williamstown, NJ 08094-9129 |
| cr | | ACAR Leasing Ltd. dba GM Financial Leasing, 400 Embarcadero Dr., Arlington, TX 76014 |
| acc | + | Giuliano Miller & Company, 2301 E. Evesham Road, Pavillion 800, Suite 210, Voorhees, NJ 08043-4504 |
| acc | + | Markovitz, Starkman & Company, LLC., 457 Haddonfield Road, Cherry Hill, NJ 08002-2220 |
| cr | + | The First National Bank of Elmer, Saldutti Law Group, c/o Rebecca K. McDowell, 800 N. Kings Hwy, Ste 300 Cherry Hill Township, NJ 08034-1511 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 516897478 | + | 2602 Route 130 LLC, 2602 Route 130, Cinnaminson, NJ 08077-3017 |
| 516946636 | + | ACAR Leasing Ltd, d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 516897483 | + | Checker Management, 22-10 Jackson Avenue, New York, NY 10002-6679 |
| 516897484 | + | Christopher D. Palmieri,, Esquire, 300 Garden City Plaza, Garden City, NY 11530-3302 |
| 518762478 | + | DePalma Acquisitions I, LLC, Wilson Elser Moskowitz Edelman & Dicker, 200 Campus Drive, Florham Park, NJ 07932-1007 |
| 516897486 | + | First National Bank of Elmer, PO Box 980, Elmer, NJ 08318-0980 |
| 518103638 | + | Jay Several, c/o Ron L. Woodman, Esquire, Friedman Schuman, P.C., 101 Greenwood Avenue, Fifth Floor, Jenkintown, PA 19046-2627 |
| 516897487 | + | KLB Jersey LLC, 2602 Route 130, Cinnaminson, NJ 08077-3017 |
| 516897481 | + | KLB Sage Diner, Inc., 1170 Route 73, Mount Laurel, NJ 08054-5112 |
| 516897491 | + | Melrose Credit Union, 139-30 Queens Boulevard, Briarwood, NY 11435-2926 |
| 516897492 | + | Republic Bank, Two Liberty Place, 50 S. 16th Street, Suite 2400, Philadelphia, PA 19102-2526 |
| 518267308 | + | Republic Bank, Steven & Lee, 1818 Market St., 29th Floor, Philadelphia, PA 19103-3652 |
| 517089871 | + | Republic First Bank, Dinsmore & Shohl, LLP, 1800 JFK Blvd. Suite 1000, Philadelphia PA 19103-7422 |
| 516897493 | #+ | Richard M. Berman, Esquire, Dinsmore & Shohl, LLP, 1800 JFk Boulevard, Suite 1000, Philadelphia, PA 19103-7422 |
| 516897494 | + | Rose Commercial Real Estate, 12000 Lincoln Dr W Ste 111, Marlton, NJ 08053-3401 |
| 516897495 | + | S&P Development Corp., 111 Presidential Boulevard, Suite 209, Bala Cynwyd, PA 19004-1013 |
| 517603902 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO BOX 245, Trenton NJ 08695-0245 |
| 516897496 | + | Saldutti Law Group, 800 N. Kings Highway, Suite, 300, Cherry Hill, NJ 08034-1511 |
| 516897498 | + | TD Bank, 1701 Marlton Pike E., Marlton, NJ 08053 |
| 517038636 | + | TD Bank NA, Richard J Tracy III Esq, 30 Montgomery Street Suite 1205, Jersey City NJ 07302-3835 |
| 517028172 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 518787156 | + | TD Bank, N.A., Schiller Knapp Lefkowitz & Hertzel, LLP, 30 Montgomery Street, Suite 1205, Jersey City, New Jersey 07302-3835 |
| 516914187 | + | The First National Bank of Elmer, Saldutti Law Group, 800 N. Kings Highway, Suite 300, Cherry Hill, NJ 08034-1511 |
| 516897482 | + | Township of Mount Laurel, 100 Mount Laurel Road, Mount Laurel, NJ 08054-1507 |
| 518145061 | + | Township of Mount Laurel, Parker McCay PA, 9000 Midlantic Drive, Suite 300, PO Box 5054, Mount Laurel, NJ 08054-5054 |
| 516983869 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 516988979 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517001053 | +++ | US Bank Cust for PC 4 & CRDTRS, Gary C. Zeitz, LLC, 1101 Laurel Oak Road, Suite 170, Voorhees NJ 08043-4381 |
| 516897500 | + | US Small Business Adm., Commercial Loan Servicing, 2120 Riverfront Dr, Ste 100, Little Rock, AR 72202-1794 |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 318 | Total Noticed: 50 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QJDMARCHAND.COM | Jan 16 2021 02:18:00 | Joseph Marchand, 117-119 West Broad St., PO Box 298, Bridgeton, NJ 08302-0228 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 15 2021 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 15 2021 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| none | + Email/Text: lens@ssnjlaw.com | Jan 15 2021 21:40:00 | Karistos, Inc, c/o Slotnick & Schwartz, 1350 N. Black Horse Pike, Suite 2, Williamstown, NJ 08094-9129 |
| 516996833 | EDI: CAPITALONE.COM | Jan 16 2021 02:18:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 516952646 | + EDI: IRS.COM | Jan 16 2021 02:18:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 516897485 | + EDI: DISCOVER.COM | Jan 16 2021 02:18:00 | Discover, PO Box 30421, Salt Lake City, UT 84130-0421 |
| 516928267 | EDI: DISCOVER.COM | Jan 16 2021 02:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 516897480 | EDI: JPMORGANCHASE | Jan 16 2021 02:18:00 | Chase Sapphire, PO Box 15298, Wilmington, DE 19650 |
| 517156299 | + EDI: AISACG.COM | Jan 16 2021 02:18:00 | Sierra Auto Finance LLC, P.O. Box 165028, Irving TX 75016-5028 |
| 516897497 | EDI: TDBANKNORTH.COM | Jan 16 2021 02:18:00 | TD Bank, 1701 Marlton Pike E., Cherry Hill, NJ 08034 |
| 517138927 | EDI: TDBANKNORTH.COM | Jan 16 2021 02:18:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz & Hertzel L, 70 Gray Road, Falmouth, ME 04105 |
| 516897490 | EDI: TFSR.COM | Jan 16 2021 02:18:00 | Lexus Financial Services, PO Box 8026, Cedar Rapids, IA 52409 |
| 516897499 | EDI: TFSR.COM | Jan 16 2021 02:18:00 | Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52409 |

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518794782 | | DePalma Acquisitions I, LLC |
| 518794784 | | DePalma Acquisitions I, LLC |
| 517140520 | | MTAG Custodian for FIG Capital Investments NJ13,LL, PO Box 54472, New Orleans , Louisiana 70 |
| tr | *+ | Joseph Marchand, 117-119 West Broad St., PO Box 298, Bridgeton, NJ 08302-0228 |
| intp | *+ | Jay Several, c/o Ron L. Woodman, Esquire, Friedman Schuman, P.C., 101 Greenwood Avenue, Fifth Floor, Jenkintown, PA 19046-2627 |
| cr | *+ | Republic Bank, Two Liberty Place, 50 S. 16th Street, Suite 2400, Philadelphia, PA 19102-2526 |
| 516897479 | *+ | 2602 Route 130, LLC, 2602 Route 130, Cinnaminson, NJ 08077-3017 |
| 516897488 | *+ | KLB Jersey, LLC, 2602 Route 130, Cinnaminson, NJ 08077-3017 |
| 516897489 | *+ | KLB Sage Diner, Inc., 1170 Route 73, Mount Laurel, NJ 08054-5112 |
| 517156275 | *+ | Melrose Credit Union, 139-30 Queens Boulevard, Briarwood, NY 11435-2926 |
| acc | ##+ | Giuliano, Miller, & Company, LLC, Berlin Business Park, 140 Bradford Drive, West Berlin, NJ 08091-9216 |

TOTAL: 3 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 4 |
| Date Rcvd: Jan 15, 2021 | Form ID: 318 | Total Noticed: 50 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Township of Mount Laurel bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dino S. Mantzas | on behalf of Joint Debtor Stella Roustas dino@dmantzaslaw.com |
| Dino S. Mantzas | on behalf of Debtor Kostas Roustas dino@dmantzaslaw.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Jeffrey M. Sponder | on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov |
| John R. Morton, Jr. | on behalf of Creditor ACAR Leasing Ltd. dba GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Joseph Marchand | on behalf of Trustee Joseph Marchand jdmarchand@comcast.net jmarchand@comcast.net |
| Joseph Marchand | jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com |
| Joseph Gunnar Devine, Jr | on behalf of Creditor TD Bank N.A. jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@blankrome.com bkgroup@kmllawgroup.com |
| Leonard T. Schwartz | on behalf of Unknown Role Type Karistos Inc LenS@ssnjlaw.com |
| Leonard T. Schwartz | on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com |
| Linda S. Fossi | on behalf of Creditor US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com |
| Rebecca K. McDowell | on behalf of Creditor The First National Bank of Elmer rmcdowell@slgcollect.com |
| Richard M. Berman | on behalf of Creditor Republic Bank richard.berman@dinsmore.com pmmu@stevenslee.com |
| Ron L. Woodman | on behalf of Interested Party Jay Several rwoodman@fsalaw.com mprimavera@fsalaw.com |
| Timothy R. Wheeler | on behalf of Creditor DePalma Acquisitions I LLC timothy.wheeler@wilsonelser.com, sheyla.ibazeta@wilsonelser.com |

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 15, 2021 | Form ID: 318 | Total Noticed: 50 |

Timothy R. Wheeler
    on behalf of Creditor Melrose Credit Union timothy.wheeler@wilsonelser.com  sheyla.ibazeta@wilsonelser.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William F. Saldutti, III
    on behalf of Creditor The First National Bank of Elmer wsaldutti@slgcollect.com  cflannery@slgcollect.com

TOTAL: 22