UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with
D.N.J.LBR 9004-1

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

Order Filed on January 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Kostas Roustas
*aka* Gus Roustas
Stella Roustas,

                Debtors.

Chapter: 7

Case No.: 17-22778-JNP

Hearing Date: January 19, 2021

Judge Jerrold N. Poslusny, Jr.

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 19, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Toyota Motor Credit Corporation ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2009 Toyota Rav4; VIN:  2T3BK31V69W007977**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev.11/14/18*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-22778-JNP
Kostas Roustas                                                                         Chapter 7
Stella Roustas
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                                    Page 1 of 2
Date Rcvd: Jan 19, 2021                  Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

**Recip ID       Recipient Name and Address**
db/jdb          + Kostas Roustas, Stella Roustas, 49 Oak Ridge Drive, Voorhees, NJ 08043-1537

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2021                     Signature:       /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

**Name                    Email Address**

Brian E Caine
                         on behalf of Creditor Township of Mount Laurel bcaine@parkermccay.com  BKcourtnotices@parkermccay.com

Denise E. Carlon
                         on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Dino S. Mantzas
                         on behalf of Debtor Kostas Roustas dino@dmantzaslaw.com

Dino S. Mantzas
                         on behalf of Joint Debtor Stella Roustas dino@dmantzaslaw.com

Gavin Stewart
                         on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Jeffrey M. Sponder

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of U.S. Trustee U.S. Trustee jeffrey.m.sponder@usdoj.gov jeffrey.m.sponder@usdoj.gov

John R. Morton, Jr.
    on behalf of Creditor ACAR Leasing Ltd. dba GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com

Joseph Marchand
    jdmarchand@comcast.net jmarchand@comcast.net;jmarchand@ecf.axosfs.com

Joseph Marchand
    on behalf of Trustee Joseph Marchand jdmarchand@comcast.net jmarchand@comcast.net

Joseph Gunnar Devine, Jr
    on behalf of Creditor TD Bank  N.A. jdevine@schillerknapp.com, kcollins@schillerknapp.com;lgadomski@schillerknapp.com

Kevin Gordon McDonald
    on behalf of Creditor Toyota Lease Trust kmcdonald@blankrome.com bkgroup@kmllawgroup.com

Leonard T. Schwartz
    on behalf of Attorney Leonard Teddy Schwartz LenS@ssnjlaw.com

Leonard T. Schwartz
    on behalf of Unknown Role Type Karistos  Inc LenS@ssnjlaw.com

Linda S. Fossi
    on behalf of Creditor US Bank Cust for PC 4 & CRDTRS lfossi@zeitzlawfirm.com
    gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com

Rebecca K. McDowell
    on behalf of Creditor The First National Bank of Elmer rmcdowell@slgcollect.com

Richard M. Berman
    on behalf of Creditor Republic Bank richard.berman@dinsmore.com pmmu@stevenslee.com

Ron L. Woodman
    on behalf of Interested Party Jay Several rwoodman@fsalaw.com mprimavera@fsalaw.com

Timothy R. Wheeler
    on behalf of Creditor DePalma Acquisitions I  LLC timothy.wheeler@wilsonelser.com, sheyla.ibazeta@wilsonelser.com

Timothy R. Wheeler
    on behalf of Creditor Melrose Credit Union timothy.wheeler@wilsonelser.com sheyla.ibazeta@wilsonelser.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William F. Saldutti, III
    on behalf of Creditor The First National Bank of Elmer wsaldutti@slgcollect.com cflannery@slgcollect.com

TOTAL: 22