Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17–22778–JNP
Chapter: 7
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Kostas Roustas
aka Gus Roustas
49 Oak Ridge Drive
Voorhees, NJ 08043

Stella Roustas
49 Oak Ridge Drive
Voorhees, NJ 08043

Social Security No.:
xxx–xx–6930                                          xxx–xx–7178

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Joseph Marchand is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: February 19, 2021            Jerrold N. Poslusny Jr.
                                    Judge, United States Bankruptcy Court